UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GERO MEYERSIEK | : | |
| | : | |
| v. | : | |
| | : | |
| JEAN PAUL RICHARD, FRONTENAC COMPANY and H-E PARTS, INTERNATIONAL, INC. | : | C. A. No. 06-335T |

**AFFIDAVIT OF SERVICE**

I, R. Daniel Prentiss, Esquire of R. Daniel Prentiss, P.C., attorney for the Plaintiff in the above-captioned matter, being first duly sworn on oath deposes and says as follows:

1. I caused to be mailed a copy of the Summons and Complaint of this above-entitled matter to the Defendant, via certified mail, return receipt requested, on July 21, 2006, to:

Agent for Service
H-E Parts International LLC
National Registered Agents
3761 Venture
Duluth, GA 30096

2. The original returned receipt of delivery is attached hereto as Exhibit A showing receipt of the Summons and Complaint by Defendant on July 25, 2006.

GERO MEYERSIEK

By his attorneys

**R. DANIEL PRENTISS, P.C.**

R. Daniel Prentiss (#0783)
One Financial Plaza, Suite 1800
Providence, RI 02903
Tel: 401-824-5150
Fax: 401-824-5123

STATE OF PROVIDENCE
COUNTY OF PROVIDENCE

In Providence, R. Daniel Prentiss, personally appeared before me, known by me to be the party executing this Affidavit, and on oath, subscribed and swore to this Affidavit on the 2nd day of August, 2006.

[signature]
Notary Public
My commission expires: 8/6/09

831/38/717