UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GERO MEYERSIEK, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-335T |
| | : | |
| JEAN PAUL RICHARD, | : | |
| FRONTENAC COMPANY and | : | |
| H-E PARTS INTERNATIONAL, INC., | : | |
| | : | |
| Defendants. | : | |

**ENTRY OF APPEARANCE**

I, Stephen M. Prignano, hereby enter my appearance on behalf of Defendants Jean Paul Richard, Frontenac Company and H-E Parts International, Inc. in the above-referenced matter.

JEAN PAUL RICHARD, FRONTENAC COMPANY and H-E PARTS INTERNATIONAL, INC.

By their Attorneys,

/s/ Stephen Prignano

Stephen M. Prignano (#3649)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)
sprignano@eapdlaw.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that this document has been filed electronically on this 11th day of August, 2006 and is available for viewing and downloading to the ECF registered counsel of record:

R. Daniel Prentiss, Esq.
R. Daniel Prentiss, P.C.
One Financial Plaza, Suite 1800
Providence, RI 02903
dan@prentisslaw.com

/s/ Stephen Prignano
Stephen M. Prignano