UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GERO MEYERSIEK,<br><br>Plaintiff,<br><br>v.<br><br>JEAN PAUL RICHARD,<br>FRONTENAC COMPANY and<br>H-E PARTS INTERNATIONAL, INC.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 06-335T |

**STIPULATION**

The undersigned parties hereby stipulate and agree that Defendants Jean Paul Richard, Frontenac Company and H-E Parts International, Inc. shall have up to and including September 6, 2006 to answer or otherwise respond to Plaintiff Gero Meyersiek's complaint in the above-referenced matter.

GERO MEYERSIEK

By his Attorneys,

/s/ R. Daniel Prentiss
R. Daniel Prentiss (#0783)
R. DANIEL PRENTISS, P.C.
One Financial Plaza, Suite 1800
Providence, RI 02903
(401) 824-5150
(401) 824-5123 (fax)

JEAN PAUL RICHARD, FRONTENAC COMPANY and H-E PARTS INTERNATIONAL, INC.

By their Attorneys,

/s/ Stephen Prignano
Stephen M. Prignano (#3649)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that this document has been filed electronically on this 17th day of August, 2006 and is available for viewing and downloading to the ECF registered counsel of record:

R. Daniel Prentiss, Esq.
R. Daniel Prentiss, P.C.
One Financial Plaza, Suite 1800
Providence, RI 02903
dan@prentisslaw.com

/s/ Stephen Prignano
Stephen M. Prignano