UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GERO MEYERSIEK,<br><br>Plaintiff,<br><br>v.<br><br>JEAN PAUL RICHARD,<br>FRONTENAC COMPANY and<br>H-E PARTS INTERNATIONAL, INC.,<br><br>Defendants. | C.A. No. 06-335T |

**STIPULATION**

The undersigned parties hereby stipulate and agree that Defendants Jean Paul Richard, Frontenac Company and H-E Parts International, Inc. shall have up to and including September 6, 2006 to answer or otherwise respond to Plaintiff Gero Meyersiek's complaint in the above-referenced matter.

GERO MEYERSIEK

By his Attorneys,

/s/ R. Daniel Prentiss
R. Daniel Prentiss (#0783)
R. DANIEL PRENTISS, P.C.
One Financial Plaza, Suite 1800
Providence, RI 02903
(401) 824-5150
(401) 824-5123 (fax)

JEAN PAUL RICHARD, FRONTENAC COMPANY and H-E PARTS INTERNATIONAL, INC.

By their Attorneys,

/s/ Stephen Prignano
Stephen M. Prignano (#3649)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

ENTER: Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge

DATE: 8/22/06