UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GERO MEYERSIEK<br><br>Plaintiff,<br><br>v.<br><br>JEAN PAUL RICHARD, FRONTENAC COMPANY and H-E PARTS, INTERNATIONAL, INC.<br><br>Defendants. | ) | C.A. No. 06-335-T |

**ASSENTED TO MOTION FOR AN EXTENSION OF TIME TO ANSWER OR <u>OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT</u>**

Defendants Jean Paul Richard, Frontenac Company, and H-E Parts International, Inc. ("Defendants") hereby move for an extension of time to answer or otherwise respond to Plaintiff Gero Meyersiek's Complaint up to and including September 15, 2006. The Defendants' responses are currently due by stipulation on September 6, 2006. In support of their Motion, Defendants submit that, due to the Labor Day holiday, additional time is needed for counsel to confer with the Defendants regarding their responses to the allegations asserted in the Complaint. Plaintiff's counsel has assented to this Motion.

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
9/19/06

JEAN PAUL RICHARD,
FRONTENAC COMPANY, AND
H-E PARTS INTERNATIONAL,
INC.

By their Attorneys,

/s/ Raymond M. Ripple

Stephen M. Prignano (#3649)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
sprignano@eapdlaw.com
rripple@eapdlaw.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that this document has been filed electronically on this 31st day of August, 2006, and is available for viewing and downloading to the ECF registered counsel of record:

R. Daniel Prentiss, Esq.
R. Daniel Prentiss, P.C.
One Financial Plaza, Suite 1800
Providence, RI 02903
dan@prentisslaw.com

/s/ Raymond M. Ripple
Raymond M. Ripple