UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GERO MEYERSIEK :
:
v. :
:
JEAN PAUL RICHARD, FRONTENAC : C. A. No. 06-335T
COMPANY and H-E PARTS, :
INTERNATIONAL, INC. :

**MOTION TO DEFER RULING AND PERMIT JURISDICTIONAL DISCOVERY**

The plaintiff moves, for the reasons set forth in the accompanying memorandum, that this Court defer ruling on the motion of defendant Frontenac Company to dismiss, for lack of personal jurisdiction, pending completion of discovery limited to jurisdictional issues, and for leave to conduct such discovery.

Respectfully submitted,
GERO MEYERSIEK
By his attorneys

**R. DANIEL PRENTISS, P.C.**

/s/ R. Daniel Prentiss

R. Daniel Prentiss (#0783)
One Financial Plaza, Suite 1800
Providence, RI 02903
Tel: 401-824-5150
Fax: 401-824-5123
dan@prentisslaw.com

**CERTIFICATION**

I hereby certify that on this 19th day of September, 2006, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record.

Stephen M. Prignano, Esq.
Raymond M. Ripple, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
sprignano@eapdlaw.com
rripple@eapdlaw.com

/s/ R. Daniel Prentiss

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GERO MEYERSIEK | : | |
| | : | |
| vi. | : | |
| | : | |
| JEAN PAUL RICHARD, FRONTENAC COMPANY and H-E PARTS, INTERNATIONAL, INC. | : | C. A. No. 06-335T |

**MEMORANDUM IN SUPPORT OF MOTION TO DEFER RULING AND PERMIT JURISDICTIONAL DISCOVERY**

This is a breach of contract and fraud action in which the plaintiff Gero Meyersiek alleges that the defendants induced him to perform services in aid of a business venture on the basis of an offer of employment and equity in the venture, and then refused to honor their promises after Meyersiek successfully performed as requested. The business entities involved in the transaction are defendants Frontenac Company ("Frontenac"), which provided the financing, and H E Parts International, the firm that was formed to carry out the venture. The individual with whom plaintiff Gero Meyersiek primarily communicated regarding the transaction is defendant Jean Paul Richard. Frontenac has moved for dismissal pursuant to Fed. R. Civ. Proc. 12(b)(2), asserting lack of personal jurisdiction.

The amenability of Frontenac to suit in Rhode Island depends in part on the relationship between Richard and Frontenac, and in part on the communications and representations made to plaintiff concerning that relationship. Meyersiek alleges that Richard was acting on behalf of Frontenac in dealing with him. If that is so, then Richard's contacts with the forum, which Richard acknowledges are sufficient to confer jurisdiction, can be imputed to Frontenac. *Daynard v. Ness*

*Motley, Loadholt, Richardson & Poole, P.A.*, 290 F.3d 42 (1st Cir. 2002). While Frontenac denies such a relationship with Richard in its moving papers, it acknowledges its involvement in the transaction, even to the extent of inviting Meyersiek to its Chicago offices for performance of some of Meyersiek's efforts on behalf of the proposed transaction.

Meyersiek requires discovery, including requests for documents, depositions of Jean Paul Richard and one or more persons at Frontenac, and, possibly interrogatories, in order to develop a proper record for responding to Frontenac's motion for dismissal. The fine details of the relationship between Richard and Frontenac are not public knowledge, and require discovery for illumination and presentation in opposition to the Frontenac motion. Meyersiek believes that this discovery can be conducted within a period of 90 days.

WHEREFORE, the plaintiff respectfully requests that this Court enter an order deferring ruling on Frontenac Company's motion to dismiss, and permitting the plaintiff to conduct jurisdictional discovery.

Respectfully submitted,
GERO MEYERSIEK
By his attorneys

**R. DANIEL PRENTISS, P.C.**

/s/ R. Daniel Prentiss
R. Daniel Prentiss (#0783)
One Financial Plaza, Suite 1800
Providence, RI 02903
Tel: 401-824-5150
Fax: 401-824-5123
dan@prentisslaw.com

## CERTIFICATION

I hereby certify that on this 19th day of September, 2006, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record.

Stephen M. Prignano, Esq.
Raymond M. Ripple, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
sprignano@eapdlaw.com
rripple@eapdlaw.com

/s/ R. Daniel Prentiss

831/38/931