UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GERO MEYERSIEK | : | |
| | : | |
| v. | : | C. A. No. 06-335T |
| | : | |
| JEAN PAUL RICHARD, FRONTENAC COMPANY and H-E PARTS, INTERNATIONAL, INC. | : | |

## MOTION TO EXTEND TIME

The plaintiff Gero Meyersiek moves for an extension of time within which he is required to respond to the motion of defendant Frontenac Company to dismiss. The basis for this motion is that Meyersiek has filed a motion to defer decision on the Frontenac Company motion, and for leave to conduct jurisdictional discovery. Meyersiek requires the information to be developed through the requested discovery in order to prepare a response to the motion of Frontenac Company for dismissal for lack of personal jurisdiction.

For these reasons, the plaintiff requests that the time within which he is required to respond to the motion of Frontenac Company to dismiss be enlarged by 120 days.

Respectfully submitted,
GERO MEYERSIEK
By his attorneys

**R. DANIEL PRENTISS, P.C.**

/s/ R. Daniel Prentiss
R. Daniel Prentiss (#0783)
One Financial Plaza, Suite 1800
Providence, RI 02903
Tel: 401-824-5150
Fax: 401-824-5123
dan@prentisslaw.com

# CERTIFICATION

I hereby certify that on this 20th day of September, 2006, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record.

Stephen M. Prignano, Esq.
Raymond M. Ripple, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
sprignano@eapdlaw.com
rripple@eapdlaw.com

/s/ R. Daniel Prentiss

831/38/940