UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GERO MEYERSIEK, Plaintiff, | : | |
| v. | : | C.A. No. 06-335T |
| JEAN PAUL RICHARD, FRONTENAC COMPANY and H-E PARTS INTERNATIONAL, INC., Defendants. | : | |

**DEFENDANT FRONTENAC COMPANY'S RESPONSE TO PLAINTIFF'S MOTION TO DEFER RULING AND PERMIT JURISDICTIONAL DISCOVERY**

Defendant Frontenac Company ("Frontenac") hereby responds to Plaintiff Gero Meyersiek's ("Plaintiff") Motion to Defer Ruling and Permit Jurisdictional Discovery. On September 15, 2006, Frontenac moved to dismiss Plaintiff's Complaint on the ground that this Court lacks personal jurisdiction over Frontenac, a venture capital firm located in Chicago, Illinois. In lieu of filing an opposition to Frontenac's motion to dismiss, Plaintiff requested a period of ninety (90) days in which to conduct discovery regarding the merits of Frontenac's motion to dismiss. Frontenac neither objects to Plaintiff's motion to defer ruling on the motion to dismiss nor to the Plaintiff's request to conduct jurisdictional discovery. Frontenac, however, requests that Plaintiff's discovery be limited to the jurisdictional issues identified by Plaintiff in support of his motion, and that Plaintiff therefore should not be permitted to seek discovery from Frontenac concerning the substantive merits of the claims pending before the Court prior to a ruling on Frontenac's motion to dismiss.

FRONTENAC COMPANY

By its Attorneys,

/s/ Stephen M. Prignano
Stephen M. Prignano (#3649)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)
sprignano@eapdlaw.com
rripple@eapdlaw.com

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that this document has been filed electronically on this 2nd day of October, 2006 and is available for viewing and downloading to the ECF registered counsel of record:

R. Daniel Prentiss, Esq.
R. Daniel Prentiss, P.C.
One Financial Plaza, Suite 1800
Providence, RI 02903
dan@prentisslaw.com

/s/ Stephen M. Prignano
Stephen M. Prignano