**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

GERO MEYERSIEK
Plaintiff

v. C.A. No. 06-335T

JEAN PAUL RICHARD, ET AL.
Defendants

**ORDER GRANTING MOTION TO DEFER RULING AND PERMIT JURISDICTIONAL DISCOVERY AND GRANTING MOTION TO EXTEND TIME**

For reasons stated in open court on October 6, 2006, plaintiff Gero Meyersiek's motion to defer ruling and permit jurisdictional discovery is hereby GRANTED.

Plaintiff Gero Meyersiek's motion to extend time to respond to defendant Frontenac Company's motion to dismiss is hereby GRANTED. Plaintiff's response shall be filed on or before the close of business on Friday, February 2, 2007.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge
Date: 10/17/06