UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GERO MEYERSIEK | : | |
| | : | |
| v. | : | C. A. No. 06-335T |
| | : | |
| JEAN PAUL RICHARD, et al. | : | |

## NOTICE OF DEPOSITION

**Deponent:** **J P Richard**

**Date:** **Thursday, December 21, 2006**

**Time:** **10:00 a.m.**

**Place:** **R. Daniel Prentiss, Esq.**
**Marriott Courtyard**
**3399 International Boulevard**
**Hapeville, GA 30354**

PLEASE TAKE NOTICE that pursuant to Rhode Island Rules of Civil Procedure, Rule 30, Defendant's counsel in the above-entitled action will take the deposition of the above-named deponent at the date and time indicated herein, on oral examination, which examination will continue from day to day until complete, at the Marriott Courtyard at the address referenced above before a Notary Public duly commissioned in the State of Georgia.

**R. DANIEL PRENTISS, P.C.**

/s/R. Daniel Prentiss
R. Daniel Prentiss (#0783)
One Financial Plaza, Suite 1800
Providence, RI 02903
Tel: 401-824-5150
Fax: 401-824-5123
dan@prentisslaw.com

## CERTIFICATION

I hereby certify that on this 14th day of December, 2006, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record.

Stephen M. Prignano, Esq.
Raymond M. Ripple, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
sprignano@eapdlaw.com
rripple@eapdlaw.com

Brown Reporting, Inc.
1740 Peachtree Street, N.W.
Atlanta, GA 30309

/s/R. Daniel Prentiss

831/38/1237