UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GERO MEYERSIEK, Plaintiff, | : | |
| v. | : | |
| JEAN PAUL RICHARD, FRONTENAC COMPANY and H-E PARTS, INTERNATIONAL, INC., Defendants. | : | C. A. No. 06-335-T |

**ENTRY OF APPEARANCE**

I, Raymond M. Ripple, hereby enter my appearance on behalf of Defendants Frontenac Company, H-E Parts, International, Inc., and Jean Paul Richard.

FRONTENAC COMPANY, JEAN PAUL RICHARD, and H-E PARTS INTERNATIONAL, INC.

By their Attorneys,

/s/ Raymond M. Ripple

Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)
rripple@eapdlaw.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on December 20th, 2006, a copy of the foregoing was served electronically by ECF on the following counsel of record:

R. Daniel Prentiss, Esq.
R. Daniel Prentiss, P.C.
One Financial Plaza, Suite 1800
Providence, RI 02903
dan@prentisslaw.com

/s/ Raymond M. Ripple