UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GERO MEYERSIEK,<br><br>Plaintiff,<br><br>v.<br><br>JEAN PAUL RICHARD,<br>FRONTENAC COMPANY and<br>H-E PARTS INTERNATIONAL, INC.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 06-335-T |

**DEFENDANT FRONTENAC COMPANY'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Defendant Frontenac Company ("Frontenac") hereby moves for leave to file a supplemental memorandum in support of its motion to dismiss for lack of personal jurisdiction pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure. In support of its motion, Frontenac relies on the accompanying memorandum of law.

FRONTENAC COMPANY

By its Attorneys,

/s/ Stephen M. Prignano

Stephen M. Prignano (#3649)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)
sprignano@eapdlaw.com
rripple@eapdlaw.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that this document has been filed electronically on this 26th day of January, 2007 and is available for viewing and downloading to the ECF registered counsel of record:

R. Daniel Prentiss, Esq.
R. Daniel Prentiss, P.C.
One Turks Head Place, Suite 380
Providence, RI 02903
dan@prentisslaw.com

/s/ Stephen M. Prignano
Stephen M. Prignano

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GERO MEYERSIEK,<br><br>Plaintiff,<br><br>v.<br><br>JEAN PAUL RICHARD,<br>FRONTENAC COMPANY and<br>H-E PARTS INTERNATIONAL, INC.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 06-335-T |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT FRONTENAC COMPANY'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Defendant Frontenac Company ("Frontenac") submits this memorandum of law in support of its motion for leave to file a supplemental memorandum in support of its motion to dismiss for lack of personal jurisdiction pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure.[1] A copy of the supplemental memorandum that Frontenac seeks to file is attached hereto as Exhibit A.

Frontenac seeks leave to submit the attached supplemental memorandum on account of new evidence that has arisen during the course of jurisdictional discovery. Specifically, Plaintiff's counsel has elicited deposition testimony which indicates that Frontenac had no involvement in the actual funding of H-E Parts, rather that function was performed by a different entity. Frontenac submits that this information will be helpful to the Court in its determination as to whether Frontenac has sufficient minimum contacts

[1] Local Rule Cv 7(b)(3) of the Local Rules of the District of Rhode Island provides that "no memorandum other than a memorandum in support of a motion, a memorandum in opposition, and a reply memorandum may be filed without prior leave of the Court." LR Cv 7(b)(3).

with the State of Rhode Island for purposes of the personal jurisdiction analysis.

Therefore, Frontenac respectfully requests that it be permitted to file the attached, brief supplemental memorandum in support of its motion to dismiss.

FRONTENAC COMPANY

By its Attorneys,

/s/ Stephen M. Prignano
Stephen M. Prignano (#3649)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)
sprignano@eapdlaw.com
rripple@eapdlaw.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that this document has been filed electronically on this 26th day of January, 2007 and is available for viewing and downloading to the ECF registered counsel of record:

R. Daniel Prentiss, Esq.
R. Daniel Prentiss, P.C.
One Turks Head Place, Suite 380
Providence, RI 02903
dan@prentisslaw.com

/s/ Stephen M. Prignano
Stephen M. Prignano



PRV_861160_1/RRIPPLE