UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GERO MEYERSIEK :
:
v. : C. A. No. 06-335T
:
JEAN PAUL RICHARD, FRONTENAC :
COMPANY and H-E PARTS, :
INTERNATIONAL, INC. :

**MOTION FOR LEAVE TO FILE EXCESS PAGES**

The plaintiff Gero Meyersiek moves for an enlargement of page limits for exhibits to be attached to his Memorandum of Law in Opposition to Defendant Frontenac Company's Motion to Dismiss for Lack of Personal Jurisdiction an additional 35 pages, for a total of 45 pages. The basis for this motion is, as the issue before the Court involves determining jurisdiction based upon the factual record, plaintiff is required to put forth factual allegations gathered as the result of discovery. Additional citations to the record are required to fully support Plaintiff's case and assist the Court.

Approximately 25 pages of the exhibits are deposition transcripts showing defendants' contacts with Rhode Island and defendants' interrelationship. The remaining approximate 20 pages are correspondence and reports generated by defendants showing the same.

In addition, defendants have consented to Plaintiff's motion.

For these reasons, Meyersiek requests that the page limit for exhibits to be attached to his Memorandum of Law in Opposition to Defendant Frontenac Company's Motion to Dismiss for Lack of Personal Jurisdiction be enlarged an additional 35 pages, for a total of 45 pages.

Respectfully submitted,
GERO MEYERSIEK
By his attorneys

**R. DANIEL PRENTISS, P.C.**

/s/ R. Daniel Prentiss
R. Daniel Prentiss (#0783)
One Financial Plaza, Suite 1800
Providence, RI 02903
Tel: 401-824-5150
Fax: 401-824-5123
dan@prentisslaw.com

## CERTIFICATION

I hereby certify that on this 30th day of January, 2007, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record.

Stephen M. Prignano, Esq.
Raymond M. Ripple, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
sprignano@eapdlaw.com
rripple@eapdlaw.com

/s/ R. Daniel Prentiss