INVESTOR SITE

FRONTENAC COMPANY

ABOUT FRONTENAC | CEO1ST INVESTING | MARKET FOCUS | OUR COMPANIES | NEWS | CONTACT




CURRENT NEWS

1/3/2007 - Editorial: Putting owner-operated businesses on the path to sustainable growth

CEO1ST® Inve

INVESTOR SITE

FRONTENAC COMPANY

ABOUT FRONTENAC | CEO1ST INVESTING | MARKET FOCUS | OUR COMPANIES | NEWS | CONTACT

HOW WE PARTNER WITH EXECUTIVES

> Pursuing opportunities > Closing transactions > Building value



Frontenac's CEO1ST process is designed to match operating executives with companies where talent, capital, execution and trust can create attractive transactions and grow value.

Some private equity firms compete to "land the deal", and afterwards try to find the right management team. Frontenac identifies an executive or team with outstanding industry knowledge and past performance, and then we find the right company together.

Together, we analyze a market and the companies capable of succeeding within it. We work side by side with our CEO1ST partners throughout the process from initial identification of investment targets, through company courtship and evaluation, the structuring of a transaction tailored to meet sellers' needs, implementation of a growth plan, and eventual liquidity.

CEO1ST® Inve

Pro Mach, Inc.
Innovative Packaging Solutions

