Parts Zone

**Darlene Jorgensen**

**From:** David Katz [dkatz@Frontenac.com]
**Sent:** Monday, August 18, 2003 2:52 PM
**To:** 'jprichard@promachinc.com'
**Cc:** 'gero@meyersiek.com'; 'gero@partszoneinc.com'
**Subject:** Parts Zone

401-886-1990

J-P

Just connected with Gero Meyersiek and suggested that you and he try to find 30-60 minutes later this week to discuss Parts Zone, his replacement parts and service acquisition/build-up strategy. I communicated our enthusiasm for his business idea as well as some of our questions around the areas of sustainability of the revenue stream, enterprise value, growth, etc. I shared with Gero the fact that you and we have been discussing how we might get into the replacement parts and service industry through acquisition and have been evaluating together potential entry strategies. I look forward to comparing thoughts/reactions once you and Gero have had a chance to speak. Talk to you soon

David

(*) Need resumes/past experience info.

David S. Katz
Partner
Frontenac Company
http:\\www.frontenac.com
dkatz@frontenac.com
(312) 368-0044 - Phone
(312) 759-0864 - Fax

cell phone 401 935 0841

EXHIBIT
#33
1/31/07GC