PLAINTIFF'S EXHIBIT
2-Richard 12/21/06 KAK

**David Katz**

**From:** JP Richard [jprichard@promachinc.com]
**Sent:** Thursday, February 17, 2005 10:39 AM
**To:** David Katz
**Subject:** Project Crawl

David,
I have had an excellent meeting with Gero yesterday (a full half a day) and a lot was accomplished. I have decided I would get much more mileage out of working with Gero than Harvey. But I want you to be comfortable with him (he would constitute my new team with a new CFO still to be hired). Gero is very bright, listens well, and, I believe, has excellent personal skills. A person with his intellect who has spent the last two years covering all aspects of the parts distribution business has a lot to bring to the party. He is passionate about the strategy which I have outlined for project "Crawl." He just left "Parts Zone" after their recent acquisition of Minnpar because of a total disagreement with his former partner (Shirish Pareek) who has no general management experience and also because of lack of capital to successfully pursue the parts portfolio acquisitions he has in mind. As you know, he started with McKinsey (where he knew Jim Crawford) and spent most of his career at GE Capital, where he was GM of a $1 billion vendor financing and computer equipment leasing business reporting directly to Wendt, and at Textron where he became Corporate VP Strategy and International with total compensation of about $700K+ per year. His strengths are with strategy, business development, acquisitions, international, marketing and systems. He is very willing to provide an updated resume (including his most recent experience) and references as well as submit to whatever psychological test you might wish him to go through (as a no. 2 business development person). Please let me know what actions you would like to take with regards to Gero (I will send you his updated resume next Wednesday when I am back from a long weekend in Florida).

Also, as you know, project "crawl" can be summarized as a strategic build-up made up of will-fitters (non-OEM replacement parts distributors) and various "orphan" parts portfolios negotiated with OEM's (declining or discontinued product lines). Acquiring a sizeable will-fitter is key to getting started for scale and credibility (with OEM targets). As an example, thanks to Gero, I am sending you the attached executive summary of a prospectus for the recent sale of such a will-fitter (golf cart parts), Novel Parts and Manufacturing Company. An excellent example of what I have in mind (some what larger) as a first acquisition. FYI sales/EBITDA for 2002 were $14.5 million/$3.5 million (23.8%) and for 2003 (est.), $16.3 million/$4.0 million (24.5%). Parts Zone offered $25 million but was told they had to be at least $28 million to be part of the final selection round. Also, thank you for your help with Chad Bern. Once I have my first list of candidates (at least 50 to 100) I will send it to him for D&B evaluation (ownership/CEO, sales and number of employees).

Please call me to discuss (before Friday noon if possible) what you would like to do with Gero.

J-P