# J-P Richard

**PERSONAL & CONFIDENTIAL**

Thursday, July 28, 2005

Mr. John Groholski
President
Midwest Industrial Sales
27343 S Frontage Rd
P.O. Box 667
Channahon, IL 60410-9761

Dear Mr. Groholski,

I have partnered with Frontenac Company (www.frontenac.com), a Chicago-based private equity investment firm managing in excess of $1 billion, to pursue a major build-up in the off-road equipment parts (re)manufacturing and distribution sector. Given its distribution and component rebuilding capabilities and broad-based replacement parts knowledge, Midwest Industrial Sales could be an outstanding complement to our plans to develop a true world leader in industrial parts (re)manufacturing and distribution. Accordingly, I would very much like to have the opportunity to meet with you to determine if there might be an interest on your part to consider the sale of the company.

I enjoy a strong familiarity with the world of industrial machinery manufacturing and parts distribution. After a long and successful career with Combustion Engineering and ABB (Asea Brown Boveri), I served as the CEO of Massey Ferguson Company (agriculture and construction equipment) and, subsequently, of AGCO Corporation, a $5 billion New York Stock Exchange company and one of the three remaining global players (with John Deere and Case/New Holland) in the agricultural equipment business. Both AGCO and Massey Ferguson have extensive global parts distribution networks. More recently, I completed and sold a very successful build-up in the packaging machinery industry, Pro Mach, Inc. (www.promachinc.com), with Frontenac Company as my financial partner. At Pro Mach, Inc., more than 30% of the sales and 50% of the income resulted from machinery parts distribution and aftermarket service.

The vision for our "build-up" is to achieve at least $250 - 300 million in sales within the next five years, and to become a world leader in the manufacturing and distribution of equipment replacement parts via both organic growth and acquisitions. In order to achieve this goal, we will initially have access to as much as $150 - 200 million in Frontenac equity plus senior debt, to finance acquisitions, domestic and international expansion, and investments in state-of-the-art E-commerce and information technology.

The three major building blocks of our strategy are the following:

1) Focus on off-road, heavy equipment (agriculture, construction, forestry, mining, marine), and associated heavy-duty diesel engines powering this equipment, where there is the greatest commonality in terms of technical know-how, coupled with high demand for replacement parts (both new and remanufactured) and fragmented non-OEM parts supply

1295 Heards Ferry Road
Atlanta, Georgia 30328