PLAINTIFF'S EXHIBIT
17- Richard 12/21/07

FRONTENAC COMPANY

CEO1ST™ Investing

July 11, 2005

Mr. David Ellefson
President
Dom-Ex, Inc.
Worldwide Headquarters
109 Grant Street
Hibbing, MN 55746

Re: Investment in Dom-Ex, Inc.

Dear David:

The following and its attachments are intended to summarize the terms on which we would propose to structure and close an equity investment (the "Transaction") in Dom-Ex, Inc., a Minnesota subchapter "S"-corporation (the "Company").

We are impressed with the Company's franchise, its growth potential and management team and its rich history. It is our strong belief that we can facilitate the growth of the Company through the direct working relationship that would result from our investment and involvement.

We believe that we will make good and strong equity owners for the Company. We have had historic success growing and consolidating mid-sized operating companies and working with their executive leadership. Coupled with our long-term experience in heavy equipment manufacturing and distribution companies, we believe we could be an ideal financial partner to the Company.

This letter agreement sets forth the proposed terms under which H-E Parts International, Inc. ("H-E"), a newly formed Delaware corporation or limited liability company owned by Jean-Paul Richard and Frontenac VIII Limited Partnership and/or its affiliates ("Frontenac"), are considering a Transaction with the Company.

135 South LaSalle Street, Suite 3800 Chicago, Illinois 60603-4131
Telephone (312) 368-0044 Facsimile (312) 368-9520
www.frontenac.com

FRONTENAC COMPANY

CEO1ST™ Investing

If the Company and Seller approve and accept the terms of this letter agreement and desire to proceed with respect to the Transaction on the basis described herein, please execute the duplicate copy of this letter agreement in the space provided below and return such executed copy to the attention of the undersigned not later than 5:00 p.m., Central Standard time, on July 12, 2005. If, after such date, the Company has not confirmed its acceptance of this letter agreement in the manner set forth above, H-E's proposal with respect to the Transaction shall automatically expire without any further notice to the Company.

Very truly yours,

H-E Parts International, Inc.

By: ____________________
Jean-Paul Richard
Chief Executive Officer

FRONTENAC VIII LIMITED PARTNERSHIP

By: FRONTENAC VIII PARTNERS, L.P.
Its: General Partner

By: FRONTENAC COMPANY VIII, L.L.C.
Its: General Partner

By: [signature]
Its: Managing Director

Agreed and Accepted as of
July __, 2005:

DOM-EX, INC.

By: ____________________
Its: Chief Executive Officer