**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GERO MEYERSIEK,<br>Plaintiff | : | |
| v. | : | |
| JEAN PAUL RICHARD, FRONTENAC COMPANY and H-E PARTS, INTERNATIONAL, INC.<br>Defendants | : | No. C.A. 06-335-T |

**PLAINTIFF GERO MEYERSIEK'S MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT FRONTENAC COMPANY'S SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Plaintiff Gero Meyersiek ("Meyersiek") hereby moves for leave to file a response to Defendant Frontenac's supplemental memorandum in support of its motion to dismiss for lack of personal jurisdiction. In support of its motion, Meyersiek relies upon the accompanying memorandum of law.

Respectfully submitted,
GERO MEYERSIEK
By his attorney

**R. DANIEL PRENTISS, P.C.**

/s/ R. Daniel Prentiss
R. Daniel Prentiss (#0783)
One Turks Head Place, Suite 380
Providence, RI 02903
Tel: 401-824-5150
Fax: 401-824-5181

Dated: February 6, 2007

**CERTIFICATION**

I hereby certify that on this 6th day of February, 2007, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record.

Stephen M. Prignano, Esq.
Raymond M. Ripple, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
sprignano@eapdlaw.com
rripple@eapdlaw.com

/s/ R. Daniel Prentiss

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GERO MEYERSIEK,<br>Plaintiff<br><br>v.<br><br>JEAN PAUL RICHARD, FRONTENAC COMPANY and H-E PARTS, INTERNATIONAL, INC.<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | No. C.A. 06-335-T |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF GERO MEYERSIEK'S MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT FRONTENAC COMPANY'S SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Plaintiff Gero Meyersiek ("Meyersiek") submits this memorandum of law in support of his motion for leave to file a response to Defendant Frontenac's supplemental memorandum in support of its motion to dismiss for lack of personal jurisdiction pursuant to Local Rule Cv 7(b)(3). A copy of Meyersiek's response is attached as Exhibit A.

Meyersiek seeks leave to file the attached response in order to address issues first raised by Frontenac in its supplemental memorandum and not otherwise raised in its original motion to dismiss. Meyersiek's response to Defendant Frontenac's supplement memorandum will assist the Court in resolving the issues before it. Therefore, Meyersiek respectfully requests that he be permitted to file the attached response to Defendant Frontenac's supplemental motion.

Respectfully submitted,
GERO MEYERSIEK
By his attorney

**R. DANIEL PRENTISS, P.C.**

/s/ R. Daniel Prentiss

R. Daniel Prentiss (#0783)
One Turks Head Place, Suite 380
Providence, RI 02903
Tel: 401-824-5150
Fax: 401-824-5181

Dated: February 6, 2007

**CERTIFICATION**

I hereby certify that on this 6th day of February, 2007, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record.

Stephen M. Prignano, Esq.
Raymond M. Ripple, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
sprignano@eapdlaw.com
rripple@eapdlaw.com

/s/ R. Daniel Prentiss