UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GERO MEYERSIEK, Plaintiff, | : | |
| v. | : | C.A. No. 06-335-T |
| JEAN PAUL RICHARD, FRONTENAC COMPANY and H-E PARTS INTERNATIONAL, INC., Defendants. | : | |

**DEFENDANT FRONTENAC COMPANY'S MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

Defendant Frontenac Company ("Frontenac") moves for an enlargement of the page limits for both its Reply Memorandum and the exhibits to be attached to its Reply Memorandum. Frontenac requests permission to file a Reply Memorandum not to exceed fifteen (15) pages and to attach exhibits in support of its Reply Memorandum not to exceed thirty-five (35) pages. In support of its motion to exceed, Frontenac submits that additional pages are required to adequately respond to the factual assertions set forth in Plaintiff Gero Meyersiek's ("Plaintiff") Opposition to Frontenac's Motion to Dismiss for Lack of Personal Jurisdiction.

Following Frontenac's filing of its Motion to Dismiss, Plaintiff sought and obtained leave to conduct jurisdictional discovery to respond to Frontenac's Motion to Dismiss. During jurisdictional discovery, Plaintiff conducted three (3) depositions as well as written discovery to support his response to the Motion to Dismiss. In conjunction with his Opposition to the Motion to Dismiss, Plaintiff sought and obtained leave to file forty-five (45) pages of exhibits to attempt to establish the facts necessary to support the exercise of personal jurisdiction. Upon its review of Plaintiff's Opposition and the exhibits attached thereto, Frontenac submits that an extension of

the page limits is necessary in order for it to refer the Court to deposition testimony and documents that refute the Plaintiff's factual assertions.

In addition, Plaintiff's counsel has informed Frontenac's counsel that he will not object to this motion.

FRONTENAC COMPANY

By its Attorneys,

/s/ Stephen M. Prignano
/s/ Raymond M. Ripple
Stephen M. Prignano (#3649)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)
sprignano@eapdlaw.com
rripple@eapdlaw.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that this document has been filed electronically on this 9th day of February, 2007 and is available for viewing and downloading to the ECF registered counsel of record:

R. Daniel Prentiss, Esq.
R. Daniel Prentiss, P.C.
One Turks Head Place, Suite 380
Providence, RI 02903
dan@prentisslaw.com

/s/ Raymond M. Ripple
Raymond M. Ripple