# EXHIBIT B

third tier of this organization as shown on this page?
A: Yes.
Q: Going back down the tier, Frontenac VIII Partners, LP, did the limited partners of that entity have to contribute equity investment to become limited partners?
A: Yes.
Q: And then going further to the next stage, with respect to the members of Frontenac Company VIII, LLC, was that something where the members had to make equity investments to become members?
A: I believe so.
Q: As you are undoubtedly aware, this litigation relates to the business enterprise that became H-E Parts International.
You were directly involved in the Frontenac side of the development of what became H-E Parts; is that true?
A: Yes.
Q: During that phase, which is the development phase leading up to — ending on February 16, 2006, talk about the development



phase up until that date, were you acting in a capacity relative to one Frontenac entity or another?
MR. PRIGNANO: Objection. You can answer if you know.
BY MR. PRENTISS:
Q: I will be happy to rephrase. I know that is a confusing-sounding question.
A: I was acting on behalf of investing the fund in my role as a member of the general partner.
Q: So was — do you distinguish that role from your role as being a equity owner of Frontenac Company, LLC?
A: Frontenac Company, LLC is an administrative entity for all practical purposes. It used to function as a general partner many years ago in older times. You wouldn't be doing your investing activities relative to that entity.
If I were, for instance, approving health insurance, I would be doing it on behalf of that entity. I would sign a lease on behalf of that entity.



Q: When was Frontenac Company VIII, LLC formed?
A: 2000.
Q: Okay. So it was in existence prior to any activity going on that came into the H-E Parts International entity?
A: Correct.
Q: And that is the entity, Frontenac Company VIII, LLC which was really the Frontenac entity that had an interest in the ultimate development of this business?
A: Correct.
Q: Mr. Katz was right. You had all the answers.
What was your first introduction to this business plan that became H-E Parts?
A: Sometime in early 2005, I'm going to guess March, I was asked by David Katz to sit in with him and Troy Noard on a meeting with J.P., and J.P. was there and Gero.
Q: Gero Meyersiek?
A: Gero was there as well.
Q: And what is your recollection of what took place at that meeting?



A: J.P. discussed this concept that he had and discussed some of the businesses that they had preliminary identified.
Q: Was this a presentation that was being made?
A: Very informal. There were no PowerPoint slides. It was really a discussion. We looked at handwritten notes.
Q: Was it your understanding that they, J.P. and Gero, were looking for some kind of a response from the Frontenac people who were there?
A: I think they were looking for whether we would have any interest in working with them.
Q: Do you recall any of the Frontenac people answering that question, whether you had any interest?
A: At the meeting?
Q: Yes.
A: No, no. I mean it really was an industry area that we had gotten away from. And although we liked and respected J.P. a lot, that was a huge issue. And so it would have been impossible for us to respond. This wasn't an

easy thing to think about.
Q: How did the meeting conclude?
A: My recollection is that it concluded that we'd talk again.
Q: What did — did J.P. make any introduction as to who Gero was?
A: He introduced him in the course of the meeting. I don't remember the specifics.
Q: Did you, at the end of the meeting, have any understanding as to what Gero's role was in this venture?
A: No, not really.
Q: Following that meeting, what was the next interaction you had with anybody having to do with this venture?
A: I don't think anything else happened until early June. And at that point in time, I became more involved. I don't know if there were intervening conversations between David and J.P., but David had been on J.P.'s board. He really had the relationship with J.P.
But I began to take a look at the market in early June. And again, that was a huge issue for us, if we'd even be willing to



make any sort of investment in this market. Not to say whether it was good or bad, it was just a little off strategy for us.
Q: When you say "off strategy", can you distinguish between the strategy or business plan as it previously existed for Frontenac and how this new industry differed?
A: Frontenac, at that point, was generally making investments in business services companies, you know, perhaps some software. But by and large, businesses that were not terribly capital intensive.
Q: What occurred in June that triggered your greater involvement?
A: I can't remember specifically, other than I think David may have been busy on another project, and I think he may have asked if I could dig into this a bit and see if I could come to a view.
Q: And did you?
A: Well, it was very difficult to find any information. There were no publicly-traded comps for what J.P. wanted to do. And I could find information on the OEMs, I could find



information on automotive part suppliers, but it was really difficult to get at this market.
So I continued to dig. I think we — J.P. had teed up some conversations with this company, Dom-Ex, and I think we decided because of the relationship with J.P., that we'd go take a look at it.
Q: Did you commission studies to be conducted of the market?
A: We did, but not at that time. We were still in a pretty preliminary investigation stage.
Q: Do you recall having any interaction with Gero Meyersiek coming to Chicago Frontenac offices to conduct research on this project?
A: No.
Q: Do you know whether he did?
A: I would have presumed he did not. I had nothing, no contact with Gero after that March meeting.
Q: Was it J.P. who brought to you the Dom-Ex potential as a possible acquisition target?
A: Yes.



Q: Did you direct J.P. as to the research to be done concerning this company?
A: No, I did the research, really. I mean J.P. did his own investigation and we did ours. And they were different.
MR. PRENTISS: Can you mark this as 37?
(Whereupon, Deposition Exhibit No. 37 was marked for identification.)
MR. PRENTISS:
Q: Do you recognize what I've marked as Exhibit 37?
A: Uh-huh.
Q: What is that?
A: These would be transcripts of calls that I made to various people in my attempt to learn more about this industry.
Q: This was a part of your research just to get to the bottom of whether this was an industry in which Frontenac might be interested in getting engaged?
A: Correct.
Q: Is this information that you shared with J.P.?