# EXHIBIT C

PLAINTIFF'S EXHIBIT
12/21/06
25-Richard

October 3, 2005

Laura/David,

Here is my promised synthesis of all we have learnt so far concerning the H-E Parts market, including the recent report from LEK. I believe my final conclusions are consistent with this report (despite some of its flaws and dubious assumptions). Hopefully you will agree with me.

**Conclusion #1:**

- The mining activity will be strong in the U.S. and Australia (especially) over the next 3 and possibly five years. (LEK pp. 24)
- The heavy construction activity should be steady over this period. (LEK pp. 33)
- We are in total agreement on the parts and used equipment market ~~side~~ size (it is very large).

**Conclusion #2:**

- Canada, with its oil sands, presents a huge opportunity at least through 2013.
- South America is a strong growth market and has an excellent outlook at least through 2011. (Finning August '05 presentation - slides 14 & 18)

**Conclusion #3:**

- Dom-Ex and Pro-Ex together are well positioned to benefit from the strong growth opportunities in Canada, Australia and Latin America.

| | | |
|---|---|---|
| **Dom-Ex** | 37.5% | U.S. |
| '05 Sales | 37.5% | Australia |
| (LEK pp2) | 25% | Latin America |
| | | Africa |
| | | Canada |
| | | China |

| | | |
|---|---|---|
| **Pro-Ex** | 20% | U.S. |
| '05 Sales | 20% | Canada |
| | 40% | South America |
| | 20% | South Africa |
| | | Yugoslavia |

**Conclusion #4:**

- Strong parts growth is expected from '05 to '10 in U.S. and Australia (especially)
    - 1.9% and 4.2% respectively before inflation. (LEK pp52)
- Canada and Latin America parts opportunities are likely to be more like Australia, given their growth outlook.

**Conclusion #5:**

- The four major categories of parts can be ranked in order of desirability. (LEK pp43)

| | | Dom-Ex (Est. JK) |
|---|---|---|
| 1. | New OEM parts (OEM or "aftermarket" channels.) | 20% |
| 2. | Refurbished "used" OEM parts/cores | 37.5% (mostly cores) |
| 3. | New replicated OEM parts "aftermarket" | 5% |
| 4. | Used OEM (Non-Refurbished) | 37.5% |
| | | 100% |

- Only 37.5% of Dom-Ex parts actually fall in the supposedly low growth/used parts category (4.0)
- All other acquired "new parts" companies (ala Tractoamerica or Brake Supply) will fall in the "aftermarket" parts categories (1 or 3) and move the mix upward value-wise.
- I assume Pro-Ex mix to be similar to Dom-Ex parts mix (they have a lot of refurbished cores).

**Conclusion #6:**

- New/used equipment/parts will have varied fortunes in the different phases of the economic cycle.
- Boom time (now)
  - Both used equipment and parts are very strong as they benefit from supply limitations (volume and price).
- Recession time (after 2010?)
  - All agree that equipment will go down but used equipment will fare better than new (LEK pp.30 + many interviews evidence) because of CAPEX stretching.
  - Parts will remain mostly stable (see Deere/Finning/Bucyrus) This is true for both new and used parts.
  - Prices will come down too but not margins because used equipment/parts purchase prices will come down. Not true for new equipment (on the contrary).
- Transition time (2008 – 2010?)
  - Capacity has caught up with the demand for equipment/parts but activity is still strong before the start of the decline.

Pg. 3

- As new equipment is more readily available used equipment is likely to decline (no CAPEX restrictions yet). LEK pp30
- But this can be foreseen and dealt with by slowing purchases/inventories and reducing the impact on the bottom line (<u>not</u> true for new equipment when decline starts).
- Parts are unlikely to be negatively affected. e.g. Dom-Ex parts sales during '02 – ~~'06~~ 04 transition time. (from recession to recovery)
    - '02 = $11 million
    - '03 = $13 million (+18%)
    - '04 = $14 million (+8%)

  without any particular action taken
- Transition periods are in any case typically short in both mining and heavy construction.

o The very global nature of the business and the growth of China and search for new energy sources are likely to maintain strong mining growth and minimize the cycles impact.

**<u>Conclusion #7:</u>**

o The relative negative conclusions from the LEK report, even if true, have limited implications for H-E Parts. They concern mostly:
- The U.S. market slow growth (likely to be less then 25% of H-E Parts market).
- The "non-refurbished used" part sector. This is only 37.5% of Dom-Ex parts activity and for H-E Parts, because of "new parts" companies acquisition, it will be less than 30%.

o As pointed out by LEK (pp57), and by me, the actual growth and success of Dom-Ex and H-E Parts are likely to have more to do with market share growth (esp. through worldwide cross marketing) then with the market growth itself.

In summary, I believe we now have enough facts and data to move forward with our model for the next five years (assuming Finning projections for Canada and South America). The toughest assumptions to make will have to do with the market share growth (esp. cross marketing synergies) and the amount of "used" parts, "after market" parts, used equipment and re-manufacturing services in the final mix, as a consequence of the acquisitions we will have made. In any case, I would expect significant organic growth in the model (industry + market share growth) as the synergy factor kicks in to offset the weaker used equipment/used parts (non-refurbished) market in the later years of the model.

J-P