# EXHIBIT D

**J.P. Richard**

---

**From:** jprichard [jprichard@bellsouth.net]
**Sent:** Tuesday, May 31, 2005 9:39 AM
**To:** 'David Katz'
**Subject:** FW: follow up -H-E Parts International

David,
I am back from Memphis (T&B) and land in Atlanta at 402pm(supposedly) my time or 302pm your time on Wednesday.Therefore I could call you as soon as I land from my cell as long as you accept the fact I will not be in control of the exact time of the call.A better solution, if ok with you, would be for me to call you at 500pm my time or 400pm your time from my Atlanta office from a land line and where all my H-E related documents are. Your choice. Please let me know of your preference. Thank you
J-P
P.S. yes,you are right ,I need to get the promised answers to my three questions to Clay before we get back to him. I expect these answers today or tomorrow.

---

**From:** David Katz [mailto:dkatz@frontenac.com]
**Sent:** Tuesday, May 31, 2005 9:12 AM
**To:** jprichard
**Subject:** FW: follow up -H-E Parts International

J-P

Thanks for your email. Very helpful. Although I continue to have some concerns about the health of HeavyQuip, I believe I understand your vision and I like the strategy. I'd like to go back and review several of your prior memos to make sure I'm putting the pieces together as well as I can. Would you be available to talk tomorrow (Wednesday) at 3pm my time? Goal would be to agree on a course of action with respect to Dom-Ex and H-Q (although it sounds like you're waiting to hear back from Clay before we need to respond to him). Look forward to hearing from you

David

---

**From:** Bernadine [mailto:jpbr2@bellsouth.net]
**Sent:** Saturday, May 28, 2005 6:42 PM
**To:** David Katz
**Subject:** follow up -H-E Parts International

David,

Having thought through our last week visits and also communicated with Clay Crystal (Heavy quip) here is where I stand.

1. I now am, as hopefully you are, very clear and comforted in the vision for H-E Parts international.

-the market, even if one concentrates only on construction and mining, is still at least:

.$2.5 Bio for non-OEM parts (U.S. only)

.$4.2 Bio for U.S. component remanufacturing (construction and mining equipment only) by OEM's and "third-party" companies according to the" Remanufacturing Institute".

-the market is very fragmented (I have close to 350 companies listed) and there are plenty of "non-auction" acquisition opportunities.

-H-E Parts international will be made of several platforms representative of one or several of the following major activities:

A. Wholesale distribution.

The key core competency there is sourcing, domestically (same as OEM's suppliers) and overseas. Expertise may be in undercarriage parts and/or ground engaging tools (e.g.Heavyquip), often from Asia, or higher- margin engineered and miscellaneous parts (e.g. Regal, Brake Supply, ACT) ,often from Europe. They typically have limited service capabilities and the customers are mostly dealers.

B. Direct Sales and retail distribution.

Those companies buy mostly from OEM's suppliers and wholesalers or obtain their parts from used equipment purchasing (parts surplus) and dismantling (e.g. Dom-Ex). They also have direct contact with the end-customers (e.g. Dom-Ex and Rio Tinto or Heavy-quip retail branches and regional contractors).

They typically have limited strength in sourcing but are strong on service (e.g. light rebuilds and repairs in shop or in the field).

C. Dedicated "centers of excellence" for rebuilding/remanufacturing of:

.Used equipment (e.g. Dom-Ex)

.Heavy duty transmissions/axles (e.g. Palmer Johnson or Tradewater Inc.).

.Heavy-duty diesel engines (e.g. AIS engine Corp.)

.Hydraulic components (e.g. Fluid Power International Inc.)

.Heavy-duty clutches/brakes etc.

-Having all of these capabilities (A,B and C) under one roof will lead to significant value enhancement opportunities (especially at the supply and sales levels via sourcing leveraging and

cross marketing) and will make it possible to become the dominant non-OEM supplier of equipment parts and associated services to the construction and mining industry.

Ultimately, as we previously discussed, I envisage having one large functional organization (contrarily to Pro-Mach where it was much more difficult to achieve) with:

.a corporate management structure including (besides me)

-a COO, a VP finance and administration, and a VP Strategic Marketing and Business Development (all three reporting to me).

-a Director of Strategic Sourcing and a Director of Information Systems, both reporting to the COO

.a line organization comprised of

-a large Parts Division with a GM, including both sales and operations

-one or several profit centers (depending on the final number of distinct "centers of excellence"), each with a P&L manager.

The Parts Division's GM and the profit centers' manager(s) would all report to the COO.

.Only the CEO, the CFO and the VP Strategic Marketing and Business Development (+ one assistant) would have to be located in Atlanta.

2. I believe we should try to strike a deal with Dave (Dom-Ex) next week and then get an LOI going. Here is my recommendation:

-Offer Dave $26 Mio cash at closing + an extra $3 Mio in March '07 if Dom-Ex's EBITDA exceeds 6.5 Mio in 2006.

-We agree to consider Dom-ex's line of credit (offset by equipment inventory) as part of the working capital,assuming you are comfortable with it.

-We allow him to invest as much as $2 Mio in the new company on the same terms as

Frontenac.

This offer is based on the following:

-a $5.796 Mio restated TTM EBITDA as of 6/30/05

-a $6.7 and 8.1 Mio forecasted EBITDA for 2005 and 2006.

I think that could clinch the deal (unfortunately I do not like the yahoo M & A article he sent me, which I sent to you, claiming that small businesses, whichever the industry, sell today for 5 to 8 X EBITDA).

3. I have called Clay (Heavyquip) and asked him three straight forward questions:

-Who was in charge of Heavyquip during the last three years, since clearly the balance sheet is not pretty, and why should we believe we are past the turn-around stage?

-How difficult would it be for an Heavyquip to source its "Miscellaneous parts" (non-undercarriage or ground engaging parts) directly from overseas rather than rely essentially on a Regal Corporation?

-To what extent the acquisition of one of his three major undercarriage parts competitors could affect the pricing and therefore the gross margins of these parts?

He was on his way to court (a family-related trial it seems) when I talked to him and he promised me he will come back to me with an answer on all three points after the long weekend.

This being said let me tell you why I am not yet ready to give up on Heavyquip despite your apparent belief that "I never met a company I did not like" (or something like that)-

-I agree with you that Heavyquip's management (especially Rick Farquhar) appears weak but I would say that , again contrarily to Pro-Mach where technical knowledge was critical, there is very little risk here in replacing a Rich Farquhar or eliminating his position within a broader Parts Division. Also in no way do I view Heavyquip as a cornerstone of H-E Parts international on which the success of the enterprise depends.

-I do not really know what happened before 2005 to this business (clearly we need to understand) but if today the $80 Mio/$5 Mio EBITDA run rate is legitimate and a $6 to 7 Mio EBITDA for 2006 and 07 is credible then I am not so sure this is a "bad business" as long as the price is right.

.The low Gross Margin is understandable with 55% of the parts being undercarriage and an acquisition in this sector could improve it.

.The 3X inventory turn is totally in line with the industry (ACT's is 2.8)

.The DSO is on the high side (53 days) but this can easily be improved (by the way, Nivel's DSO is 47).

.I believe Heavyquip might be as good and as large a parts company we are likely to find within the undercarriage sector and it would be difficult in the end to be the premier equipment parts supplier to the mining/construction industry without being able to offer undercarriage or GET parts. To a large extent the Regal Corp., ACT or Brake Supply, with most of their parts in the non-undercarriage/GET area, should be viewed as complementary not as a substitute to an Heavyquip.

.Heavyquip is large by this industry standard (ACT and Regal are about $45 Mio in sales) and could bring immediate added value to H-E (Heavyquip regularly buys and resells "remaned" transmissions from Tradewater, a Palmer Johnson's competitor. It could also provide a base for Dom-Ex in the East as well as leverage Dom-Ex distribution network for increased undercarriage or GET parts sales).

.A $25 Mio price with a one-year $3 Mio earn-out if 2006 EBITDA exceeds $6 Mio could be a fair offer for this business and I am not sure it would be rejected.

These are my thoughts at this time and I would love to have the opportunity to discuss them with you in more details.. I am kind of stuck right now. I cannot do much more on my side. I believe we now have enough information to validate and justify H-E Parts international's original premises and I am truly excited about it. But with three active/ large potential acquisition candidates on my plate right now it makes no sense for me to actively pursue any other targets ( Regal, ACT and/or Brake Supply will become available, I am certain, once we are a credible force) without a clear indication (beyond just a genuine expression of interest) that Frontenac is ready to fund this project. Can you tell me what are the steps necessary to get there. I imagine a signed LOI (Dom-Ex?), a business plan with an indication of

the required equity commitment (my best guestimate right now is that $60Mio would be very desirable) and a presentation to the Frontenac partners. We need also to discuss the kind of "promote" you have in mind. Am I going too fast? ( I must say you scared me when you hinted to me we might have to wait for Frontenac IX to get this project funded).If you think so please let me know because it would be difficult for me to wait that long.

JP

P. S. Sorry for such a long email but I did not know how to be much briefer.