UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GERO MEYERSIEK | : | |
| | : | |
| v. | : | C. A. No. 06-335T |
| | : | |
| JEAN PAUL RICHARD, FRONTENAC COMPANY and H-E PARTS, INTERNATIONAL, INC. | : | |

**ENTRY OF APPEARANCE**

I, Seth Yurdin, of R. Daniel Prentiss, P.C. hereby enter my appearance on behalf of plaintiff Gero Meyersiek in the above-referenced matter.

Respectfully submitted,
Gero Meyersiek,
By his attorneys,

**R. DANIEL PRENTISS, P.C.**

Seth Yurdin (#7407)
One Turks Head Plaza, Suite 380
Providence, RI 02903
(401) 824-5150
(401) 824-5181 (fax)
syurdin@prentisslaw.com

**CERTIFICATION**

I hereby certify that on this 8 day of March, 2007 I mailed a copy of the within document via first class mail to the following:

Stephen M. Prignano, Esq.
Raymond M. Ripple, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
sprignano@eapdlaw.com
rripple@eapdlaw.com

831/38/1562