# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GERO MEYERSIEK<br><br>Plaintiff,<br><br>v.<br><br>JEAN PAUL RICHARD,<br>FRONTENAC COMPANY and<br>H-E PARTS INTERNATIONAL,<br>INC.<br><br>Defendants. | ) | C.A. No. 06-335-T |

**SUPPLEMENTAL AFFIDAVIT OF PAUL CARBERY**

I, Paul Carbery, hereby declare and state as follows:

1. I am a Managing Director of Defendant Frontenac Company. I make this affidavit at the request of counsel in connection with Frontenac Company VIII, LLC's, Frontenac VIII Partners, L.P.'s, and Frontenac VIII Limited Partnership's Opposition to Plaintiff Gero Meyersiek's Motion to Amend his complaint in the above-captioned litigation. Unless otherwise indicated, I have personal knowledge of the matters set forth herein and would be competent to testify thereto.

2. On September 13, 2006, I executed an affidavit in support of Frontenac Company's Motion to Dismiss for Lack of Personal Jurisdiction. As part of that affidavit, I made representations regarding Frontenac Company's lack of general business contacts with the State of Rhode Island. By way of this affidavit, I represent that the representations made with regard to Frontenac Company's lack of contacts with the State of Rhode Island also apply to Frontenac Company VIII, LLC, Frontenac VIII Partners, L.P., and Frontenac VIII Limited Partnership.

3. Similarly, as part of my September 13, 2006 Affidavit, I made representations regarding Frontenac Company's lack of business interactions with Jean Paul Richard during the time period 2005 through the present. By way of this affidavit, I represent that the same representations made with regard to Frontenac Company's lack of interactions and business dealings with Jean Paul Richard also apply to Frontenac Company VIII, LLC, Frontenac VIII Partners, L.P., and Frontenac VIII Limited Partnership.

I declare under the penalty of perjury that the foregoing is true and correct, this 2nd day of February, 2007.

Paul Carbery

STATE OF ILLINOIS )
COUNTY OF COOK )

Subscribed to and sworn to before me this 2nd day of February, 2007.

Notary Public

Official Seal
Alexandra S Goodrich
Notary Public State of Illinois
My Commission Expires 04/05/2010



PRV_PRV_862731_1