**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GERO MEYERSIEK,<br>Plaintiff<br><br>v.<br><br>JEAN PAUL RICHARD, FRONTENAC COMPANY, FRONTENAC COMPANY VIII, L.L.C., FRONTENAC VIII PARTNERS, L.P., FRONTENAC VIII LIMITED PARTNERSHIP and H-E PARTS, INTERNATIONAL, INC.<br>Defendants | : | No. C.A. 06-335-T |

**ASSENTED TO MOTION FOR AN EXTENTION OF TIME TO RESPOND TO AMENDED MOTION TO DISMISS FOR LACK OF JURISDICTION**

Plaintiff Gero Meyersiek ("Plaintiff") hereby moves for an extension of time to respond to Defendants Frontenac Company, Frontenac Company VIII, L.L.C., Frontenac Company VIII Partners, L.P. and Frontenac VIII Limited Partnership's Amended Motion to Dismiss for Lack of Personal Jurisdiction up to and including May 7, 2007. Plaintiff's response is currently due on April 16, 2007. In support of his Motion, Plaintiff submits that additional time is needed for his counsel to prepare a response, as his counsel has been trying a matter before the Superior Court for the past several weeks and has now begun trying another matter before this Court. Defendants' counsel has assented to this Motion.

Respectfully submitted,
GERO MEYERSIEK
By his attorney

**R. DANIEL PRENTISS, P.C.**

/s/ Seth Yurdin
Seth Yurdin (#7407)
One Turks Head Place, Suite 380
Providence, RI 02903
Tel: 401-824-5150
Fax: 401-824-5181

Dated: April 16, 2007

**CERTIFICATION**

I hereby certify that on this 16 day of April, 2007, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record.

Stephen M. Prignano, Esq.
Raymond M. Ripple, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
sprignano@eapdlaw.com
rripple@eapdlaw.com

/s/ Seth Yurdin

831/38/1665