**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GERO MEYERSIEK,<br>Plaintiff<br><br>v.<br><br>JEAN PAUL RICHARD, FRONTENAC COMPANY, FRONTENAC COMPANY VIII, L.L.C., FRONTENAC VIII PARTNERS, L.P., FRONTENAC VIII LIMITED PARTNERSHIP and H-E PARTS, INTERNATIONAL, INC.<br>Defendants | : | No. C.A. 06-335-T |

**MOTION FOR LEAVE TO FILE EXCESS PAGES**

Plaintiff Gero Meyersiek ("Meyersiek") moves for an enlargement of page limits for his Memorandum of Law in Opposition to Defendants Frontenac Company, Frontenac Company VIII, L.L.C., Frontenac Company VIII Partners, L.P. and Frontenac VIII Limited Partnership's Amended Motion to Dismiss for Lack of Personal Jurisdiction an additional six (6) pages, for a total of twenty six (26) pages. In addition, Meyersiek moves for an enlargement of page limits for exhibits to be attached his memorandum an additional forty (40) pages, for a total of fifty (50) pages. Meyersiek requires this extension in order to combine his previously filed opposition memoranda into a single memorandum and appendix and to appropriately respond to Defendants' multiple filings, facts and argument.

Specifically, in its Order of March 20, 2007, the Court granted Meyersiek's motion to amend his complaint, adding Frontenac Company VIII LLC, Frontenac VIII

Partners, L.P. and Frontenac VIII Limited Partnership as defendants and permitting Frontenac Company and other Defendants to file an amended motion to dismiss. Defendants' Amended Motion to Dismiss relies upon a newly filed memorandum of law, as well upon a previously filed motion to dismiss and memorandum of law (Document #11) and reply memorandum (Document #31) each with exhibits.

In response, Meyersiek has combined his arguments and exhibits from his two previously filed opposition memoranda into a single memorandum and appendix.[1] Use of this consolidated single document will assist the Court and parties.

In addition, Defendants do not oppose Meyersiek's motion.

Respectfully submitted,
GERO MEYERSIEK
By his attorney

**R. DANIEL PRENTISS, P.C.**

/s/ Seth Yurdin
Seth Yurdin (#7407)
One Turks Head Place, Suite 380
Providence, RI 02903
Tel: 401-824-5150
Fax: 401-824-5181

Dated: May 2, 2007

[1] The Court previously granted Meyersiek's Motion for Leave to File Excess Pages with regard to his initial opposition to Frontenac Company's motion to dismiss on February 1, 2007, permitting 45 pages of exhibits.

**CERTIFICATION**

I hereby certify that on this 2nd day of May, 2007, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record.

Stephen M. Prignano, Esq.
Raymond M. Ripple, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
sprignano@eapdlaw.com
rripple@eapdlaw.com

/s/ Seth Yurdin

831/38/1707