**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

GERO MEYERSIEK,
Plaintiff

v.

JEAN PAUL RICHARD, FRONTENAC COMPANY, FRONTENAC COMPANY VIII, L.L.C., FRONTENAC VIII PARTNERS, L.P., FRONTENAC VIII LIMITED PARTNERSHIP and H-E PARTS, INTERNATIONAL, INC.
Defendants

No. C.A. 06-335-T

**SECOND ASSENTED TO MOTION FOR AN EXTENTION OF TIME TO RESPOND TO AMENDED MOTION TO DISMISS FOR LACK OF JURISDICTION**

Plaintiff Gero Meyersiek ("Plaintiff") hereby moves for an extension of time to respond to Defendants Frontenac Company, Frontenac Company VIII, L.L.C., Frontenac Company VIII Partners, L.P. and Frontenac VIII Limited Partnership's Amended Motion to Dismiss for Lack of Personal Jurisdiction up to and including May 9, 2007. Plaintiff's response is currently due on May 7, 2007. In support of his Motion, Plaintiff submits that additional time is needed for the Court to rule on Plaintiff's previously filed Motion to Extend Page Limits filed on May 2, 2007. Defendants' counsel has assented to this Motion.

Respectfully submitted,
GERO MEYERSIEK
By his attorney

**R. DANIEL PRENTISS, P.C.**

/s/ Seth Yurdin

Seth Yurdin (#7407)
One Turks Head Place, Suite 380
Providence, RI 02903
Tel: 401-824-5150
Fax: 401-824-5181

Dated: May 7, 2007

**CERTIFICATION**

I hereby certify that on this 7th day of May , 2007, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record.

Stephen M. Prignano, Esq.
Raymond M. Ripple, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
sprignano@eapdlaw.com
rripple@eapdlaw.com

/s/ Seth Yurdin

831/38/1665