# Exhibit 4

PLAINTIFF'S EXHIBIT
12/21/06
4-Richard KAK

**PERSONAL & CONFIDENTIAL**

February 11, 2005

Mr. X
President/CEO
Regal Corporation

Dear Mr. X,

I have partnered with the Frontenac Company (www.frontenac.com), a Chicago-based private equity group with revenues in excess of $5 billion, to execute a major build-up in the industrial parts distribution sector. Given its size, service quality (ISO 9001 Certified), system expertise and extensive distribution network (domestic and international) for the sales of Caterpillar and Komatsu replacement parts, I believe Regal Corporation could be an excellent platform on which to build and develop a true world leader in industrial parts distribution. Accordingly, I would very much like to have the opportunity of meeting with you, as soon as practical, to discuss our interest in the eventual acquisition of your company.

I am, myself, no stranger to the world of industrial machinery and parts distribution. After a very successful career with Combustion Engineering and ABB (Asea Brown Boveri), I became successively a CEO of Massey Ferguson Company (Ag and Construction equipment and Perkins diesel engines) and AGCO Corporation, a $3 billion+ New York Stock Exchange company and one of the three remaining global players (with John Deere and Fiat/New Holland) in the agricultural equipment business. Both AGCO and Massey Ferguson (now part of AGCO) have an extensive global parts distribution network similar to Caterpillar or Komatsu. More recently, I completed and sold a very successful build-up in packaging machinery (www.promachinc.com) with the financial sponsorship of the Frontenac Company. At Pro Mach, Inc., more than 30% of the sales and 50% of the profit had to do with machinery parts distribution and aftermarket service.

The vision for the new "build-up" is to achieve at least $250 million in sales within the next five years and become a world leader (especially North America, South America and Europe) in industrial parts distribution via both organic growth and acquisitions. In order to achieve this goal, we will have up to $150 million at our disposal, a combination of equity provided by Frontenac and senior debt, to finance not only our acquisitions but also our domestic and international expansion as well as investment in state-of-the-art E-commerce and inventory management/ERP expert systems.