# Exhibit 7

PLAINTIFF'S EXHIBIT
29-Richard 12/21/06 KAK

**Anne Baker**

**From:** Laura Pearl
**Sent:** Tuesday, September 20, 2005 3:59 PM
**To:** Jean Paul Richard (jprichard@bellsouth.net)
**Subject:** Powerpoint

**Attachments:** HE Parts Int'l.ppt

I added a slide near the beginning (didn't fill it out yet) because I think we need a JP/Frontenac slide.

I think I fixed all the formatting problems we had.

The slides that require a lot of formatting are not complete yet. (Financial Statements, etc.)

Should we list significant customers? Or address lack of customer concentration?

HE Parts Int'l.ppt
(76 KB)

Laura P. Pearl
Managing Director
Frontenac Company VIII, LLC
http:\\www.frontenac.com
lpearl@frontenac.com
(312) 368-0044 - Phone
(312) 759-0857 - Fax

**<u>BANK PRESENTATION</u>**

**H-E Parts International, Inc.**

**<u>DOM-EX Inc. Acquisition</u>**

# The Partnership

- J-P Richard

- Frontenac Company