# Exhibit 8

PLAINTIFF'S EXHIBIT 28-Richard 12/21/06

11/05 Presentation to Frontenac Partners

## Mission Statement

- Become a leading North American provider of used/refurbished off-highway heavy equipment and used/new parts and components
- Focus initially on two end markets – surface mining and construction
- Build an enterprise with $300 million in sales and 10-15% EBITDA margins over the next 4-5 years through a combination of acquisitions and organic growth

# Partnership

- J-P Richard
  - Chairman/CEO, Pro Mach, Inc. (1998-2004)
  - Director, then CEO, AGCO, Inc. (NYSE: AG) (1993-1997)
  - CEO, Massey-Ferguson (1991-1993)

- Frontenac Company
  - Currently investing Frontenac VIII, a $585 million fund
  - Lead investor in Pro Mach, Inc.
  - Experienced investor
    - ✓ Industrial products/services
    - ✓ Leveraged build-ups

**Richard and Frontenac have been working together for past six months to formulate the H-E Parts strategy and approach potential acquisition targets**