# Exhibit 9

PLAINTIFF'S EXHIBIT

7-Richard 12/21/06 lcte

Anne Baker

**From:** Laura Pearl
**Sent:** Monday, June 06, 2005 1:08 PM
**To:** jprichard
**Subject:** RE: Information from our discussion Friday

The Heavyquip numbers look a little different from what I had before: Is Undercarriage 63% or 60%? Is Labor 5% or 7%? These percentages don't foot to 100%, so I can't sanity check the margins. Can you clear up the differences? It doesn't have to be exact, but I need a full 100% to work the spreadsheet.

-----Original Message-----
From: jprichard [mailto:jprichard@bellsouth.net]
Sent: Monday, June 06, 2005 9:28 AM
To: Laura Pearl
Subject: RE: Information from our discussion Friday

Laura,
Here are the answers,to the best of my ability, to questions 1&2.We do not have detailed info yet from Palmer Johnson because we are not sufficiently close yet to agreeing on a valuation for their Business.But we have placed a call to them in order to get the details you asked for.
Dom-Ex:
.'drop-shipped'parts sales ,which they call 'broker sales', will be
3.7 Mio in 2005 and are assumed to be 3.6 Mio in 06 and in the so-called base or worst case scenario
.service and rental will respectively be 546K and 275K in 05 and are assumed to be 1.2Mio and 300K for 2006 and the base case scenario
Heavyquip:
We have reviewed the product line actual revenues for april and the result is the following based on 7.7Mio of sales for the month:
.GET sales:14% of sales at 42.35% GM
.undercarriage:60% / 24.6% GM
.Labor(service):5% / 52% GM
.Paver parts:4% / 60.23% GM
.engine parts:4.5% / 32.8%
.parts purchased from OEM dealers(emergencies):1.5% / 20.93% GM
.all others(gears,bearings,friction material,other transmission parts,hydraulic components....)from other wholesalers(e.g.Regal,ACT....):4.5% / 35.47% GM The weighted average gross margin should be very close to 29%

J-P

-----Original Message-----
From: Laura Pearl [mailto:lpearl@frontenac.com]
Sent: Sunday, June 05, 2005 11:40 PM
To: jprichard@bellsouth.net
Subject: Information from our discussion Friday

I have aggregated the information that we discussed. I think I am missing some information. I suspect I can fill

it in tomorrow when I see the rest
of the documents David has. However, here are the holes in my data:

1. Dom-Ex: Missing revenue projections for drop-shipped parts and rental/service. Only had info for first year--rest is estimated.

2. Heavyquip: Only used estimates to derive product line revenues. Can we get more specific product line revenue? Also, sum of gross margins by product line doesn't equal aggregate gross margins (they aren't way off--but fine-tuning the data will fix this disparity).

3. Palmer-Johnson: No product line info. Can we get this?

<<H-D Parts.xls>>
I realize this is incomplete, but I checked over my notes, and I may have missed these items

Laura Pearl
Managing Director
Frontenac Company, LLC
312-368-0044