UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GERO MEYERSIEK,<br><br>Plaintiff,<br><br>v.<br><br>JEAN PAUL RICHARD,<br>FRONTENAC COMPANY,<br>H-E PARTS INTERNATIONAL, INC.,<br>FRONTENAC COMPANY VIII, LLC,<br>FROTNENAC VIII PARTNERS, L.P., and<br>FRONTENAC VIII LIMITED<br>PARTNERSHIP<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 06-335T |

**DEFENDANT FRONTENAC COMPANY'S MOTION TO CONTINUE HEARING DATE**

Defendant Frontenac Company hereby respectfully moves to continue the hearing date on its Motion to Dismiss for Lack of Personal Jurisdiction currently scheduled for hearing before this Court on July 11, 2007. In support of this motion, counsel for Frontenac Company submits that they have scheduling conflicts at the time that the Motion to Dismiss is scheduled to be heard, which existed in time prior to rescheduling of the motion hearing for that date. Counsel for Frontenac Company has conferred with opposing counsel regarding the rescheduling of the motion hearing, and all parties are available for hearing on July 18, 2007, subject to the Court's availability.

FRONTENAC COMPANY

By its Attorneys,

/s/ Stephen M. Prignano
/s/ Raymond M. Ripple
Stephen M. Prignano (#3649)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)
sprignano@eapdlaw.com
rripple@eapdlaw.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that this document has been filed electronically on this 29th day of June, 2007 and is available for viewing and downloading to the ECF registered counsel of record:

R. Daniel Prentiss, Esq.
Seth Yurdin, Esq.
R. Daniel Prentiss, P.C.
One Financial Plaza, Suite 1800
Providence, RI 02903
dan@prentisslaw.com

/s/ Raymond M. Ripple
Raymond M. Ripple