UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GERO MEYERSIEK<br><br>Plaintiff,<br><br>v.<br><br>JEAN PAUL RICHARD, FRONTENAC COMPANY, FRONTENAC COMPANY VIII, L.L.C., FRONTENAC VIII PARTNERS, L.P., FRONTENAC VIII LIMITED PARTNERSHIP and H-E PARTS INTERNATIONAL, INC.<br><br>Defendants. | : | C.A. No. 06-335-T |

**JOINT MOTION FOR ENTRY OF ASSENTED TO PROTECTIVE ORDER**

The parties, through their respective counsel, jointly move for entry of the Assented to Protective Order attached to this motion as Exhibit A. The Court's required language concerning filings made under seal is incorporated within the Protective Order (as paragraph 12), and the parties agree that the procedures contained therein will assure the protection of confidential information not already in the public domain.

Wherefore, the parties hereby respectfully request entry of the attached Assented to Protective Order.

GERO MEYERSIEK

By his Counsel,

/s/ Seth M. Yurdin
R. Daniel Prentiss (#0783)
Seth Yurdin (#7407)
Prentiss Law Firm
One Turks Head Place, Suite 380
Providence, RI 02903
(401) 824-5150
(401) 824-5181 (Fax)
dan@prentisslaw.com
syurdin@prentisslaw.com

JEAN PAUL RICHARD,
H-E PARTS INTERNATIONAL, INC.

By Their Counsel,

/s/ Raymond M. Ripple
Stephen M. Prignano (#3649)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
sprignano@eapdlaw.com
rripple@eapdlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 20, 2007.

/s/ Raymond M. Ripple
Raymond M. Ripple