UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GERO MEYERSIEK | : | |
| | : | |
| v. | : | C. A. No. 06-335T |
| | : | |
| JEAN PAUL RICHARD, FRONTENAC COMPANY and H-E PARTS, INTERNATIONAL, INC. | : | |

**WITHDRAWAL OF APPEARANCE**

I, Seth Yurdin, of R. Daniel Prentiss, P.C. hereby withdraw my appearance on behalf of plaintiff Gero Meyersiek in the above-referenced matter.

Respectfully submitted,
Gero Meyersiek,
By his attorneys,

**R. DANIEL PRENTISS, P.C.**

/s/Seth Yurdin
Seth Yurdin (#7407)
One Turks Head Plaza, Suite 380
Providence, RI 02903
(401) 824-5150
(401) 824-5181 (fax)
syurdin@prentisslaw.com

## CERTIFICATION

I hereby certify that on this 19th day of February, 2008, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record.

Stephen M. Prignano, Esq.
Raymond M. Ripple, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
sprignano@eapdlaw.com
rripple@eapdlaw.com