# Dom-Ex Transaction

| | |
|---|---|
| Sources of Cash | |
| • Cash to seller | $ 11,100 |
| • Working capital payment | 3,200 |
| • Payoff existing debt | 18,300 |
| • Transaction costs | 1,500 |
| Uses | |
| • Cash requirements at closing | $ 34,100 |
| • Seller Note | 5,500 |
| • Rollover equity to seller | 2,000 |
| • Earnout | 2,000 |
| **Total Potential Purchase Price** | **$ 43,600** |



RIC000592

## Dom-Ex Actual & Projected Financial Results

| | 2004 | TTM 2005 | Forecast 2005 | Projected 2006 | Projected 2007 |
|---|---|---|---|---|---|
| Revenues | $56.0 | $79.7 | $90.0 | $88.3 | $84.2 |
| Gross Profit | 8.3 | 12.3 | 12.8 | 13.3 | 13.8 |
| EBITDA | 3.0 | 7.4 | 7.6 | 7.9 | 8.2 |
| EBITDA % | 5.3% | 9.2% | 8.4% | 8.9% | 9.7% |



RIC000593

# Pro-Ex Transaction

<u>Sources</u>

| | |
|---|---|
| • Senior Debt | $10,000 |
| • Equity | $4,500 |

<u>Uses</u>

| | |
|---|---|
| • Cash to Sellers | $6,800 |
| • Debt Assumption | $5,100 |
| • Working Capital Investment | $1,700 |
| • Transaction Costs | <u>$900</u> |
| • Transaction Value | $14,500 |

- 2005 Estimated Sales - $14.6 million
- 2005 Estimated EBITDA - $3.5 million (23.8% margin)



RIC000594

# Dom-Ex and Pro-Ex - Combined Revenues

| | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|
| Total Revenues | $66.0 | $104.6 | $103.7 | $100.3 |
| Total Gross Profit | 12.1 | 18.6 | 19.4 | 20.2 |
| Gross Profit % | 18.4% | 17.8% | 18.7% | 20.1% |
| Total EBITDA | 4.9 | 11.1 | 11.6 | 12.0 |
| EBITDA % | 7.4% | 10.6% | 11.2% | 12.0% |
| Adjusted EBITDA | 4.9 | 11.0 | 11.5 | 12.0 |
| EBITDA % | 7.4% | 10.5% | 11.1% | 12.0% |



RIC000595

# Summary of Senior Lending Opportunity

- $34 million total facility--$22 million in the U.S. and $12 million in Canada
- $11.1 in combined 2005 EBITDA before corporate costs. $11.0 million after corporate costs and synergies
- Over $27 million in combined inventory balances
- $5 million in receivables
- Significant owned real estate
- Favorable tax structure enhances cash flow
- Minimal operating liabilities assumed at closing
- No outstanding litigation or other contingencies



RIC000596

# Why H-E Parts?

- Large market – expected to remain strong for the coming years
- Fragmented supplier market with numerous acquisition opportunities (no visible consolidation play in progress)
- Strong price umbrella on parts
- H-E Parts at exit ($300M+ revenue) will have significant/sustainable competitive advantages vs. the OEM's (quality/price, responsiveness, etc.) and versus the "gray" suppliers (scale, access to market, access to capital, more professional management)



RIC000597

## Why H-E Parts? (cont'd)

- Used equipment and replacement parts are far less cyclical and risky than new equipment (5 to 6% steady/ average parts organic growth)
- Parts margins can be very attractive, even with lower pricing than OEM (35%+)
- Opportunities for value creation (synergies)
- Proven/experienced management team



RIC000598