**J.P. Richard**

**From:** jprichard [jprichard@bellsouth.net]
**Sent:** Wednesday, June 08, 2005 10:48 AM
**To:** 'cparsons@pjdist.com'
**Cc:** 'pje@itol.com'; 'Gero Meyersiek'
**Subject:** PJD valuation

Dear Craig,
Thank you for the detailed information you have sent to Gero concerning PJD.I am pleased to see that PJD is doing well and that the prospects continue to look very promising. On our side we also have been very active and are close to signing LOI's with two major parts players,each about $ 80 Mio in sales.
One is 100% parts,construction equipment mostly, with great distribution (NAFTA) and sourcing(much overseas) capabilities. The other sells a combination of parts and rebuilt equipment,70% mining and 30% construction,in N.A.(60%)and oversea(40%).The cross marketing and sourcing opportunities among these companies and a PJD are obvious. This is why I am still interested in trying to reach a deal with you and your Dad but it is a little bit like trying to square the
circle.In a spirit of compromise here is a proposition I have come up with which hopefully could meet some of your objectives and some of mine
(Frontenac and our Banks).Before I even talk to Frontenac about it I would like to have your opinion.

1.We would pay you $26 Mio at closing
-24 Mio cash
-2 Mio worth of H-E Parts International ( HEPI) stocks (on the same basis as Frontenac)

We estimate the value of these stocks to be some 6 Mio down the road. This is not a trick ! Frontenac will have to invest as much as 50 to 60 Mio in equity for HEPI to grow beyond 300 Mio in revenues and expects,based on its track record and my own experience at Promach,to return at least three times its original investment.This is obviously not a guarantee.It is just an average target .It could be more or it could be less.

One of the big merit of this approach is obviously to line up the objective of key members of the management team of HEPI such as you with those of the equity investor,which is the way it should be.

2.There would be a
-2 Mio additional earn out (paid at the beginning of 2008) if PJD's average ebitda for 06 and 07 exceeds 5 Mio but is less than 5.5 Mio
-4 Mio additional earn out if the average ebitda for 06 and 07 exceeds 5,5 Mio.

Given your own projections and the fact you would have full benefit of all synergies with the other HEPI companies, achieving the 4 Mio earn out should not be a problem

You must admit ,unless you have no faith in our ability and the HEPI strategy(in which case we should not be talking) that my proposal is more than fair.It practically guarantees you, short of a catastrophe, a 30 Mio(26+4) payment for PJD(out of which you would have to pay the debt) which is more than 7x 2005 Ebitda. And there is a high probability for you to receive an extra 4 Mio or more if ,as we expect, HEPI is successful. This would bring your total receipts to the 34 Mio region you were originally looking for and we could not deliver.

Besides acquisitions of heavy equipment replacement parts companies (wholesale ,direct and retail) we do intent to build a major service platform based on heavy-duty transmission, diesel engine and hydraulic components remanufacturing. We like what we have seen so far at PJD and we believe we have gone a long way in trying to meet your objectives .But we will have to abandon our pursuit of PJD if we sense you are not willing to be realistic in valuing it and make it practically impossible for us to finance this deal.
Let me know of your thoughts.
Sincerely,

J-P
P.S.: Craig, if we were to reach a tentative agreement(at least conceptually),then our next step would be for me to visit your main Wisconsin facilities with one of my Frontenac colleagues