FRONTENAC COMPANY
**Consolidated Financial Model (Investment Case)**
*($ in thousands)*

Dom-Ex Oct 24 Model

Dom-Ex, Inc. Investment
Investment Case
October 24, 2005

## SUMMARY

| | |
|---|---|
| Company Name: | Dom-Ex, Inc. |
| Scenario: | Investment Case |
| Investors Investment: | $12,200 |
| Investment Date: | 10/31/2005 |
| Exit Date: | 12/31/2010 |

Investment Case

## VALUATION

| Pre-Closing Valuation | |
|---|---|
| Aggregate Price | $41,700 |
| Less: Fees | (1,500) |
| **Enterprise Value** | **$40,200** |
| Less: Total Debt | (18,350) |
| Add: Cash | 167 |
| **Equity Value** | **$22,017** |
| | |
| **2005E Adj. EBITDA** | **$6,392** |
| Multiple of 2005E Adj. EBITDA | 6.29 x |
| **LTM Adj. EBITDA** | **$6,584** |
| Multiple of LTM Adj. EBITDA | 6.11 x |

## CAPITALIZATION TABLE

| | NewCo Initial % Ownership |
|---|---|
| Investors | 85.9% |
| Management Promote | 0.0% |
| Rollover Common Equity | 14.1% |
| Employee Options | 0.0% |
| **Total** | **100.0%** |

## SOURCES AND USES

| Sources | | Mult LTM PF EBITDA |
|---|---|---|
| Revolver | $16,000 | 2.43 x |
| New Term A | 6,000 | 0.91 x |
| New Term B | 0 | 0.00 x |
| Seller Note | 5,500 | 0.84 x |
| Investors Preferred Equity | 12,200 | 1.85 x |
| Rollover Common Equity | 2,000 | 0.30 x |
| **Total** | **$41,700** | **6.33 x** |

| Uses | |
|---|---|
| Cash to Sellers (100.0% Current Ownership) | 14,350 |
| Rollover | 2,000 |
| Selller Note | 5,500 |
| Notes Payable Paydown | 18,000 |
| Senior Debt Paydown | 350 |
| Transaction Costs | 1,500 |
| **Total** | **$41,700** |

## KEY CREDIT STATISTICS

| | Annual Ratios | | | | | |
|---|---|---|---|---|---|---|
| | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
| LTM EBITDA/LTM Cash Interest Expense | 7.26 x | 4.35 x | 5.64 x | 6.93 x | 9.16 x | 15.12 x |
| Senior Debt/LTM EBITDA | 3.04 x | 2.32 x | 1.64 x | 1.81 x | 1.18 x | 0.59 x |
| Total Debt/LTM EBITDA | 3.90 x | 3.04 x | 2.23 x | 1.81 x | 1.18 x | 0.59 x |
| Net Total Debt/LTM EBITDA | 3.87 x | 3.02 x | 2.21 x | 1.79 x | 1.17 x | 0.57 x |

RIC000654

FRONTENAC COMPANY
Consolidated Financial Model (Investment Case)
*($ in thousands)*

Dom-Ex, Inc. Investment
Investment Case
October 24, 2005

**HISTORICAL AND PRO FORMA BALANCE SHEET**

| | Year Ended December 31, | | | | Actual BS 09/30/05 | | Pre-Closing Adjustments | | Transaction Adj. | | Pro Forma 10/31/05 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2001 | 2002 | 2003 | 2004 | Adj. | BS | Adj.(a) | BS | Debits | Credits | (At Close) |
| **Assets:** | | | | | | | | | | | |
| Cash and Cash Equivalents | | | $47 | $47 | 697 | $744 | (577) | $167 | - | - | $167 |
| Accounts Receivable, Net | | | 3,117 | 2,060 | 2,088 | 4,148 | (548) | 3,600 | - | - | 3,600 |
| Inventory - Equipment | | | 6,918 | 13,960 | 4,216 | 18,176 | (1,176) | 17,000 | - | - | 17,000 |
| Inventory - Parts(b) | | | 4,233 | 2,699 | (560) | 2,139 | (39) | 2,100 | - | - | 2,100 |
| Prepaid Expenses | | | 134 | 95 | 1,838 | 1,933 | 167 | 2,100 | - | - | 2,100 |
| PPE, Net(b)(c) | | | 2,795 | 2,643 | (465) | 2,178 | 25 | 2,203 | - | - | 2,203 |
| Other Long-Term Assets(d) | | | 201 | 342 | (141) | 201 | 99 | 300 | - | - | 300 |
| Capitalized Transaction Costs | | | 0 | 0 | - | - | - | - | 1,500 | - | 1,500 |
| Goodwill | | | 0 | 0 | - | - | - | - | 15,030 | - | 15,030 |
| **Total Assets** | | | **$17,445** | **$21,846** | | **$29,519** | | **$27,470** | | | **$44,000** |
| | | | | | | | | | | | |
| **Liabilities and Equity:** | | | | | | | | | | | |
| Liabilities (Ex. Debt): | | | | | | | | | | | |
| Accounts Payable | | | 2,079 | 651 | 603 | 1,254 | (254) | 1,000 | - | - | 1,000 |
| Customer Deposits | | | 77 | 4,426 | (4,277) | 149 | (49) | 100 | - | - | 100 |
| Accrued Expenses | | | 193 | 728 | 1,046 | 1,774 | (574) | 1,200 | - | - | 1,200 |
| **Total Liabilities (Ex. Debt)** | | | **$2,349** | **$5,805** | | **$3,177** | | **$2,300** | | | **$2,300** |
| | | | | | | | | | | | |
| Debt: | | | | | | | | | | | |
| Line of Credit / Senior Debt | | | $9,955 | $10,257 | 7,443 | $17,700 | 300 | $18,000 | 18,000 | 16,000 | $16,000 |
| Long-Term Debt(e) | | | 1,745 | 537 | 193 | 730 | (380) | 350 | 350 | - | 0 |
| New Term A | | | | | - | 0 | - | 0 | - | 6,000 | 6,000 |
| New Term B | | | | | - | 0 | - | 0 | - | - | 0 |
| Capital Leases | | | | | - | 0 | - | 0 | - | - | 0 |
| Seller Note | | | | | - | 0 | - | 0 | - | 5,500 | 5,500 |
| **Total Debt** | | | **$11,700** | **$10,794** | | **$18,430** | | **$18,350** | | | **$27,500** |
| | | | | | | | | | | | |
| Shareholders' Equity: | | | | | | | | | | | |
| Investor Preferred | | | | | - | 0 | - | 0 | - | 12,200 | $12,200 |
| Common Equity-(Deficit)/APIC | | | 3,396 | 5,247 | 2,665 | 7,912 | (1,092) | 6,820 | 6,820 | 2,000 | 2,000 |
| Retained Earnings | | | | | - | 0 | - | 0 | - | - | 0 |
| **Total Shareholders' Equity** | | | **$3,396** | **$5,247** | | **$7,912** | | **$6,820** | | | **$14,200** |
| | | | | | | | | | | | |
| **Total Liabilities and Shareholders' Equity** | | | **$17,445** | **$21,846** | | **$29,519** | | **$27,470** | | | **$44,000** |

(a) Estimated changes in balance sheet items prior to close.
(b) Assumes no write-up of inventory, parts or buildings (PPE, net) due to 338 (h) 10 election.
(c) Includes lease and rental equipment for 2003 and 2004 of $1,154k and $783k, respectively.
(d) Includes net cash surrender value of life insurance, due from related party accounts and advances to shareholders.
(e) Includes notes payable to shareholders.

RIC000655

FRONTENAC COMPANY
**Consolidated Financial Model (Investment Case)**
*($ in thousands)*

Dom-Ex, Inc. Investment
Investment Case
October 24, 2005

## SUMMARY INCOME STATEMENT

| | Historical | | | | | | Projected | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2002 | 2003 | Jan.-Sept. 2004 | 2004 | Jan.-Sept. 2005 | LTM | Oct.-Dec. 2005 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
| **Revenue** | | | | | | | | | | | | | |
| Equipment Sales | $21,000 | $28,398 | $32,481 | $41,234 | $51,915 | $60,668 | $12,750 | $64,665 | $70,000 | $72,800 | $75,712 | $78,740 | $81,890 |
| *% Growth* | | *35.2%* | | *45.2%* | *59.8%* | | *45.7%* | *56.8%* | *8.5%* | *4.0%* | *4.0%* | *4.0%* | *4.0%* |
| Inventory Parts | 6,000 | 5,835 | 7,149 | 9,021 | 8,348 | 10,220 | 2,650 | 10,998 | 12,318 | 13,796 | 15,451 | 17,306 | 19,382 |
| *% Growth* | | *-2.8%* | | *54.6%* | *16.8%* | | *41.6%* | *21.9%* | *12.0%* | *12.0%* | *12.0%* | *12.0%* | *12.0%* |
| Broker Sales/Miami | 5,000 | 7,784 | 3,517 | 5,035 | 4,733 | 6,251 | 900 | 5,633 | 6,196 | 6,816 | 7,498 | 8,247 | 9,072 |
| *% Growth* | | *55.7%* | | *-35.3%* | *34.6%* | | *-40.7%* | *11.9%* | *10.0%* | *10.0%* | *10.0%* | *10.0%* | *10.0%* |
| Rental/Service | 1,714 | 492 | 549 | 736 | 1,516 | 1,703 | 235 | 1,751 | 1,961 | 2,196 | 2,460 | 2,755 | 3,086 |
| *% Growth* | | *-71.3%* | | *49.6%* | *175.9%* | | *26.0%* | *137.9%* | *12.0%* | *12.0%* | *12.0%* | *12.0%* | *12.0%* |
| **Total Revenue** | **$33,714** | **$42,509** | **$43,697** | **$56,026** | **$66,512** | **$78,841** | **$16,535** | **$83,047** | **$90,475** | **$95,608** | **$101,121** | **$107,049** | **$113,430** |
| *% Growth* | | *26.1%* | | *31.8%* | *52.2%* | *40.7%* | *34.1%* | *48.2%* | *8.9%* | *5.7%* | *5.8%* | *5.9%* | *6.0%* |
| Cost of Goods Sold | | | | | | | | | | | | | |
| Equipment Sales | | $25,189 | $29,955 | $36,951 | $46,320 | $53,316 | $11,475 | $57,795 | $62,300 | $64,064 | $66,627 | $69,292 | $72,063 |
| *% of Revenue* | | *88.7%* | *92.2%* | *89.6%* | *89.2%* | *87.9%* | *90.0%* | *89.4%* | *89.0%* | *88.0%* | *88.0%* | *88.0%* | *88.0%* |
| Inventory Parts | | 3,582 | 4,932 | 5,932 | 5,340 | 6,340 | 1,723 | 7,063 | 7,883 | 8,691 | 9,580 | 10,556 | 11,726 |
| *% of Revenue* | | *61.4%* | *69.0%* | *65.8%* | *64.0%* | *62.0%* | *65.0%* | *64.2%* | *64.0%* | *63.0%* | *62.0%* | *61.0%* | *60.5%* |
| Broker Sales/Miami | | 6,518 | 2,948 | 4,159 | 3,675 | 4,886 | 702 | 4,377 | 4,833 | 5,282 | 5,773 | 6,309 | 6,917 |
| *% of Revenue* | | *83.7%* | *83.8%* | *82.6%* | *77.6%* | *78.2%* | *78.0%* | *77.7%* | *78.0%* | *77.5%* | *77.0%* | *76.5%* | *76.3%* |
| Rental/Service | | 318 | 590 | 686 | 1,225 | 1,321 | 211 | 1,436 | 1,628 | 1,823 | 2,042 | 2,287 | 2,561 |
| *% of Revenue* | | *64.6%* | *107.3%* | *93.2%* | *80.8%* | *77.6%* | *89.8%* | *82.0%* | *83.0%* | *83.0%* | *83.0%* | *83.0%* | *83.0%* |
| Total Cost of Goods Sold | $27,078 | $35,607 | $38,425 | $47,728 | $56,560 | $65,863 | $14,111 | $70,671 | $76,644 | $79,861 | $84,021 | $88,444 | $93,268 |
| *% of Revenue* | *80.3%* | *83.8%* | *87.9%* | *85.2%* | *85.0%* | *83.5%* | *85.3%* | *85.1%* | *84.7%* | *83.5%* | *83.1%* | *82.6%* | *82.2%* |
| **Gross Profit** | | | | | | | | | | | | | |
| Equipment Sales | | $3,209 | $2,526 | $4,283 | $5,595 | $7,352 | $1,275 | $6,870 | $7,700 | $8,736 | $9,085 | $9,449 | $9,827 |
| *% of Revenue* | | *11.3%* | *7.8%* | *10.4%* | *10.8%* | *12.1%* | *10.0%* | *10.6%* | *11.0%* | *12.0%* | *12.0%* | *12.0%* | *12.0%* |
| Inventory Parts | | 2,253 | 2,217 | 3,089 | 3,008 | 3,880 | 928 | 3,936 | 4,434 | 5,104 | 5,872 | 6,749 | 7,656 |
| *% of Revenue* | | *38.6%* | *31.0%* | *34.2%* | *36.0%* | *38.0%* | *35.0%* | *35.8%* | *36.0%* | *37.0%* | *38.0%* | *39.0%* | *39.5%* |
| Broker Sales/Miami | | 1,266 | 569 | 876 | 1,058 | 1,365 | 198 | 1,256 | 1,363 | 1,534 | 1,724 | 1,938 | 2,155 |
| *% of Revenue* | | *16.3%* | *16.2%* | *17.4%* | *22.4%* | *21.8%* | *22.0%* | *22.3%* | *22.0%* | *22.5%* | *23.0%* | *23.5%* | *23.8%* |
| Rental/Service | | 174 | (40) | 50 | 291 | 381 | 24 | 315 | 333 | 373 | 418 | 468 | 525 |
| *% of Revenue* | | *35.4%* | *-7.3%* | *6.8%* | *19.2%* | *22.4%* | *10.2%* | *18.0%* | *17.0%* | *17.0%* | *17.0%* | *17.0%* | *17.0%* |
| **Total Gross Profit** | **$6,636** | **$6,902** | **$5,272** | **$8,298** | **$9,952** | **$12,978** | **$2,424** | **$12,376** | **$13,831** | **$15,747** | **$17,100** | **$18,605** | **$20,162** |
| *% of Revenue* | *19.7%* | *16.2%* | *12.1%* | *14.8%* | *15.0%* | *16.5%* | *14.7%* | *14.9%* | *15.3%* | *16.5%* | *16.9%* | *17.4%* | *17.8%* |
| Reported SG&A | $4,762 | $4,986 | $3,759 | $5,503 | $4,489 | $6,233 | $1,470 | ~~$5,959~~ [illegible] | $5,400 | $5,600 | $5,675 | $5,750 | $5,850 |
| Adjustments(a) | (250) | (275) | (192) | (256) | (600) | (664) | (200) | (800) | | | | | |
| SG&A(a) | $4,512 | $4,711 | $3,567 | $5,247 | $3,889 | $5,569 | $1,270 | $5,~~159~~ | $5,400 | $5,600 | $5,675 | $5,750 | $5,850 |
| *% of Revenue* | *13.4%* | *11.1%* | *8.2%* | *9.4%* | *5.8%* | *7.1%* | *7.7%* | *6.2%* | *6.0%* | *5.9%* | *5.6%* | *5.4%* | *5.2%* |
| EBITDA | $2,124 | $2,191 | $1,705 | $3,051 | $6,063 | $7,409 | $1,154 | $7,[illegible]7 | $8,431 | $10,147 | $11,425 | $12,855 | $14,312 |
| *% of Net Revenue* | *6.3%* | *5.2%* | *3.9%* | *5.4%* | *9.1%* | *9.4%* | *7.0%* | *8.7%* | *9.3%* | *10.6%* | *11.3%* | *12.0%* | *12.6%* |
| Less: JP and CFO Salary and Bonus | $825 | $825 | $619 | $825 | $619 | $825 | $206 | $825 | $825 | $825 | $825 | $825 | $825 |
| *% of Revenue* | *2.4%* | *1.9%* | *1.4%* | *1.5%* | *0.9%* | *1.0%* | *1.2%* | *1.0%* | *0.9%* | *0.9%* | *0.8%* | *0.8%* | *0.7%* |
| **Adjusted EBITDA** | **$1,299** | **$1,366** | **$1,087** | **$2,226** | **$5,444** | **$6,584** | **$948** | **$6,392** | **$7,606** | **$9,322** | **$10,600** | **$12,030** | **$13,487** |
| *% of Net Revenue* | *3.9%* | *3.2%* | *2.5%* | *4.0%* | *8.2%* | *8.4%* | *5.7%* | *7.7%* | *8.4%* | *9.8%* | *10.5%* | *11.2%* | *11.9%* |
| Depreciation & Amortization | | $314 | $270 | $461 | $255 | $446 | $90 | $345 | $362 | $382 | $404 | $428 | $454 |
| Amortization of 338 (h) 10 Inventory - Equipment write-off(b) | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Amortization of Goodwill - 338 (h) 10 | | | | | | | 334 | 334 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 |
| Amortization of Transaction Costs | | | | | | | 75 | 75 | 300 | 300 | 300 | 300 | 225 |
| Interest Expense | | | | | | | 441 | 441 | 1,751 | 1,655 | 1,532 | 1,317 | 895 |
| Interest Income & Other,net | | | | | | | 1 | 1 | 3 | 3 | 3 | 3 | 3 |
| EBT | | | | | | | 9 | 5,198 | 4,194 | 5,986 | 7,364 | 8,986 | 10,914 |
| Taxes | | | | | | | 4 | 2,079 | 1,678 | 2,394 | 2,946 | 3,594 | 4,366 |
| **Net Income** | | | | | | | 5 | 3,119 | 2,516 | 3,592 | 4,418 | 5,391 | 6,549 |

(a) Excludes depreciation and amortization. Represents 2/3 of 2004 and 2005 annual adjustments.
(b) Assumes no inventory - parts write-off.

RIC000656

FRONTENAC COMPANY
**Consolidated Financial Model (Investment Case)**
*($ in thousands)*

**Dom-Ex, Inc. Investment**
**Investment Case**
**October 24, 2005**

## *BALANCE SHEET*

| | Pro Forma (At Close) | Projected 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| **Assets:** | | | | | | | |
| Cash and Cash Equivalents | $167 | $200 | $200 | $200 | $200 | $200 | $200 |
| Accounts Receivable, Net | 3,600 | 4,614 | 5,780 | 6,905 | 7,303 | 7,731 | 7,877 |
| Inventory - Equipment | 17,000 | 15,779 | 16,286 | 17,209 | 18,707 | 19,804 | 20,985 |
| Inventory - Parts | 2,100 | 2,076 | 2,714 | 3,107 | 3,286 | 3,479 | 3,686 |
| Prepaid Expenses | 2,100 | 415 | 181 | 191 | 202 | 214 | 227 |
| PPE, Net(a) | 2,203 | 2,223 | 2,314 | 2,410 | 2,511 | 2,618 | 2,731 |
| Other Long-Term Assets(b) | 300 | 332 | 362 | 382 | 404 | 428 | 454 |
| Capitalized Transaction Costs | 1,500 | 1,425 | 1,125 | 825 | 525 | 225 | 0 |
| Goodwill | 15,030 | 14,696 | 13,694 | 12,692 | 13,690 | 12,688 | 11,686 |
| **Total Assets** | **$44,000** | **$41,761** | **$42,656** | **$43,922** | **$46,829** | **$47,387** | **$47,846** |
| | | | | | | | |
| **Liabilities and Shareholders' Equity:** | | | | | | | |
| Liabilities: | | | | | | | |
| Accounts Payable | 1,000 | 982 | 1,065 | 1,109 | 1,167 | 1,228 | 1,295 |
| Customer Deposits | 100 | 166 | 181 | 191 | 202 | 214 | 227 |
| Accrued Expenses | 1,200 | 1,495 | 1,538 | 1,530 | 1,567 | 1,606 | 1,701 |
| **Total Liabilities (Ex. Debt)** | **$2,300** | **$2,642** | **$2,784** | **$2,830** | **$2,937** | **$3,048** | **$3,224** |
| | | | | | | | |
| Debt: | | | | | | | |
| Line of Credit / Bank Overdraft | $16,000 | $13,413 | $12,551 | $11,229 | $16,311 | $12,716 | $7,950 |
| Senior Debt-Current | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| New Term A | 6,000 | 6,000 | 5,100 | 4,050 | 2,850 | 1,500 | 0 |
| New Term B | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Capital Leases | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Seller Note | 5,500 | 5,500 | 5,500 | 5,500 | 0 | 0 | 0 |
| **Total Debt** | **$27,500** | **$24,913** | **$23,151** | **$20,779** | **$19,161** | **$14,216** | **$7,950** |
| | | | | | | | |
| Shareholders' Equity: | | | | | | | |
| Investor Preferred | 12,200 | 12,200 | 12,200 | 12,200 | 12,200 | 12,200 | 12,200 |
| PIK Preferred Dividends | 0 | 244 | 1,240 | 2,315 | 3,476 | 4,730 | 6,084 |
| Common Equity-(Deficit)/APIC | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| Retained Earnings | 0 | (239) | 1,282 | 3,799 | 7,056 | 11,193 | 16,387 |
| **Total Shareholders' Equity** | **$14,200** | **$14,205** | **$16,722** | **$20,313** | **$24,732** | **$30,123** | **$36,672** |
| | | | | | | | |
| **Total Liabilities and Shareholders' Equity** | **$44,000** | **$41,761** | **$42,656** | **$43,922** | **$46,829** | **$47,387** | **$47,846** |

(a) Includes lease and rental equipment for 2003 and 2004 of $1,154k and $783k, respectively.
(b) Includes net cash surrender value of life insurance, due from related party accounts and advances to shareholders.



RIC000657

FRONTENAC COMPANY
**Consolidated Financial Model (Investment Case)**
*($ in thousands)*

Dom-Ex, Inc. Investment
Investment Case
October 24, 2005

## CASH FLOW STATEMENT

| | | Projected | | | | |
|---|---|---|---|---|---|---|
| | Oct.-Dec. 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
| **Cash Flow from Operating Activities** | | | | | | |
| Net Income | $5 | $2,516 | $3,592 | $4,418 | $5,391 | $6,549 |
| Depreciation | 90 | 362 | 382 | 404 | 428 | 454 |
| Amortization of 338 (h) 10 Inventory - Equipment write-off(b) | 0 | 0 | 0 | 0 | 0 | 0 |
| Amortization of Goodwill - 338 (h) 10 | 334 | 1,002 | 1,002 | 1,002 | 1,002 | 1,002 |
| Amortization of Transaction Costs | 75 | 300 | 300 | 300 | 300 | 225 |
| Changes in Operating Assets | | | | | | |
| Accounts Receivable, Net | (1,014) | (1,167) | (1,125) | (398) | (428) | (146) |
| Inventory - Equipment | 1,221 | (507) | (924) | (1,498) | (1,097) | (1,181) |
| Inventory - Parts | 24 | (638) | (393) | (179) | (193) | (207) |
| Prepaid Expenses | 1,685 | 234 | (10) | (11) | (12) | (13) |
| Other Long-Term Assets(a) | (32) | (30) | (21) | (22) | (24) | (26) |
| Changes in Operating Liabilities | | | | | | |
| Accounts Payable | (18) | 83 | 45 | 58 | 61 | 67 |
| Customer Deposits | 66 | 15 | 10 | 11 | 12 | 13 |
| Accrued Expenses | 295 | 43 | (8) | 38 | 38 | 96 |
| **Net Cash from Operating Activities** | $2,731 | $2,214 | $2,850 | $4,123 | $5,480 | $6,833 |
| | | | | | | |
| **Cash Flow from Investing Activities** | | | | | | |
| Increase in PPE (Capex) | ($110) | ($452) | ($478) | ($506) | ($535) | ($567) |
| Increase in Goodwill - Payment of Earnout | 0 | 0 | 0 | (2,000) | 0 | 0 |
| **Net Cash from Investing Activities** | (110) | (452) | (478) | (2,506) | (535) | (567) |
| | | | | | | |
| **Net Cash Available for Debt Repayment** | $2,587 | $1,762 | $2,372 | ($3,883) | $4,945 | $6,266 |
| | | | | | | |
| **Cash Flow from Financing Activities** | | | | | | |
| Issuance / (Repayment) of Revolver | (2,587) | (862) | (1,322) | 5,083 | (3,595) | (4,766) |
| Issuance / (Repayment) of New Term A | 0 | (900) | (1,050) | (1,200) | (1,350) | (1,500) |
| Issuance / (Repayment) of New Term B | 0 | 0 | 0 | 0 | 0 | 0 |
| Issuance / (Repayment) of Seller Note | 0 | 0 | 0 | (5,500) | 0 | 0 |
| Issuance / (Repurchase) of Preferred Equity | 0 | 0 | 0 | 0 | 0 | 0 |
| Issuance/ (Repurchase) of Common Stock | 0 | 0 | 0 | 0 | 0 | 0 |
| **Net Cash from Financing Activities** | ($2,587) | ($1,762) | ($2,372) | ($1,617) | ($4,945) | ($6,266) |
| | | | | | | |
| **Beginning Cash** | $167 | $200 | $200 | $200 | $200 | $200 |
| **Net Increase/(Decrease) in Cash** | 33 | 0 | 0 | 0 | 0 | 0 |
| **Ending Cash** | $200 | $200 | $200 | $200 | $200 | $200 |

(a) Includes net cash surrender value of life insurance, due from related party accounts and advances to shareholders.

RIC000658

**FRONTENAC COMPANY**
**Consolidated Financial Model (Investment Case)**
***($ in thousands)***

**Dom-Ex, Inc. Investment**
**Investment Case**
**October 24, 2005**

***KEY ASSUMPTIONS***

| | Historical | | | Projected | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2003 | 2004 | Jan.-Sept. 2005 | Oct.-Dec. 2005 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
| Tax Rate | | | | 40.0% | 40.0% | 40.0% | 40.0% | 40.0% | 40.0% | 40.0% |
| **Asset Assumptions** | | | | | | | | | | |
| Accounts Receivable as Days Revenue | 26 | 13 | 15 | | 20 | 23 | 26 | 26 | 26 | 25 |
| Inventory - Equipment as % Revenue | 16.3% | 24.9% | 19.2% | | 19.0% | 18.0% | 18.0% | 18.5% | 18.5% | 18.5% |
| Inventory - Parts as % Revenue | 10.0% | 4.8% | 2.4% | | 2.5% | 3.0% | 3.3% | 3.3% | 3.3% | 3.3% |
| Prepaid Expenses as % Revenue | 0.3% | 0.2% | 2.4% | | 0.5% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% |
| Other Long-Term Assets as % Net Revenue | 0.5% | 0.6% | 0.3% | | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% |
| **Liabilities Assumptions** | | | | | | | | | | |
| Accounts Payable as Days COGS | 21 | 5 | 5 | | 5 | 5 | 5 | 5 | 5 | 5 |
| Customer Deposits as % of Revenue | 0.2% | 7.9% | 0.1% | | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% |
| Accrued Expenses as % of Revenue | 0.5% | 1.3% | 1.4% | | 1.8% | 1.7% | 1.6% | 1.6% | 1.5% | 1.5% |
| **Capex Build-out** | | | | | | | | | | |
| Capex(a) | $360 | $538 | $720 | $110 | $830 | $452 | $478 | $506 | $535 | $567 |
| *% of Revenue* | 0.8% | 1.0% | 1.1% | 0.7% | 1.0% | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% |
| Depreciation | $314 | $461 | $255 | $90 | $345 | $362 | $382 | $404 | $428 | $454 |
| *% of Revenue* | 0.7% | 0.8% | 0.4% | 0.5% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% |

(a) Frontenac estimate for January - September 2005.

RIC000659

FRONTENAC COMPANY
Consolidated Financial Model (Investment Case)
*($ in thousands)*

Dom-Ex, Inc. Investment
Investment Case
October 24, 2005

***DEBT AND PREFERRED SCHEDULES***

| | | | Projected | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Oct.-Dec. 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
| **LIBOR** | | | 3.50% | 4.00% | 4.25% | 4.50% | 4.75% | 4.75% |
| **Minimum Cash Balance** | | $200 | | | | | | |
| Revolver | LIBOR + | 2.75% | | | | | | |
| Beginning Balance | | | $16,000 | $13,413 | $12,551 | $11,229 | $16,311 | $12,716 |
| Cash Needs/(Surplus) | | | (2,587) | (862) | (1,322) | 5,083 | (3,595) | (4,766) |
| Ending Balance | | | $13,413 | $12,551 | $11,229 | $16,311 | $12,716 | $7,950 |
| Interest Rate | | | 6.25% | 6.75% | 7.00% | 7.25% | 7.50% | 7.50% |
| Interest Expense (Calculated Using Avg Balance) | | | 229.8 | 876.3 | 832.3 | 998.3 | 1,088.5 | 775.0 |
| New Term A | LIBOR + | 3.25% | | | | | | |
| Beginning Balance | | | $6,000 | $6,000 | $5,100 | $4,050 | $2,850 | $1,500 |
| Additions at Year-End | | | 0 | 0 | 0 | 0 | 0 | 0 |
| Amortization Payments | | | 0 | (900) | (1,050) | (1,200) | (1,350) | (1,500) |
| Ending Balance | | | $6,000 | $5,100 | $4,050 | $2,850 | $1,500 | $0 |
| Interest Rate | | | 6.75% | 7.25% | 7.50% | 7.75% | 8.00% | 8.00% |
| Interest Expense (Calculated Using Beginning Balance) | | | 101 | 435 | 383 | 314 | 228 | 120 |
| Amortization Schedule (% of Amount Drawn) | | | 0.0% | 15.0% | 17.5% | 20.0% | 22.5% | 25.0% |
| New Term B | LIBOR + | 6.50% | | | | | | |
| Beginning Balance | | | $0 | $0 | $0 | $0 | $0 | $0 |
| Additions at Year-End | | | 0 | 0 | 0 | 0 | 0 | 0 |
| Amortization Payments | | | 0 | 0 | 0 | 0 | 0 | 0 |
| Ending Balance | | | $0 | $0 | $0 | $0 | $0 | $0 |
| Interest Rate | | | 10.00% | 10.50% | 10.75% | 11.00% | 11.25% | 11.25% |
| Interest Expense (Calculated Using Beginning Balance) | | | 0 | 0 | 0 | 0 | 0 | 0 |
| Amortization Schedule (% of Amount Drawn) | | | 1.7% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Seller Note | | | | | | | | |
| Beginning Balance | | | $5,500 | $5,500 | $5,500 | $5,500 | $0 | $0 |
| Accretion (0.0%) | | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 |
| Additions | | | 0 | 0 | 0 | (5,500) | 0 | 0 |
| Payments on the Third Anniversary | | | 0 | 0 | 0 | 0 | 0 | 0 |
| Ending Balance | | | $5,500 | $5,500 | $5,500 | $0 | $0 | $0 |
| Interest Expense (Calculated Using Beginning Balance) | | 8.00% | 110 | 440 | 440 | 220 | 0 | 0 |
| Total Debt | | | $24,913 | $23,151 | $20,779 | $19,161 | $14,216 | $7,950 |
| Total Interest Expense | | | $441 | $1,751 | $1,655 | $1,532 | $1,317 | $895 |
| Series A Preferred Equity | PIK | 8.00% | | | | | | |
| Beginning Balance | | | $12,200 | $12,200 | $12,200 | $12,200 | $12,200 | $12,200 |
| Additions | | | 0 | 0 | 0 | 0 | 0 | 0 |
| Ending Balance | | | $12,200 | $12,200 | $12,200 | $12,200 | $12,200 | $12,200 |
| Preferred Dividends | | | 244 | 996 | 1,075 | 1,161 | 1,254 | 1,354 |
| Cumulative Preferred Dividends | | | 244 | 1,240 | 2,315 | 3,476 | 4,730 | 6,084 |
| Total Preferred | | | $12,200 | $12,200 | $12,200 | $12,200 | $12,200 | $12,200 |
| Total Preferred Dividends | | | 244 | 996 | 1,075 | 1,161 | 1,254 | 1,354 |
| Interest Income on Cash | | 1.50% | | | | | | |
| Beginning Balance | | | $167 | $200 | $200 | $200 | $200 | $200 |
| Change in Cash | | | 33 | 0 | 0 | 0 | 0 | 0 |
| Ending Balance | | | $200 | $200 | $200 | $200 | $200 | $200 |
| Interest Rate | | | 1.50% | 1.50% | 1.50% | 1.50% | 1.50% | 1.50% |
| Interest Income (Calculated Using Avg Balance) | | | 1 | 3 | 3 | 3 | 3 | 3 |

Note: Assumes Earn-out and Seller Note are paid out at the end of June 2008.



RIC000660

FRONTENAC COMPANY
**Consolidated Financial Model (Investment Case)**
*($ in thousands)*

Dom-Ex, Inc. Investment
Investment Case
October 24, 2005

*OTHER RELEVANT SCHEDULES AND CALCULATIONS*

| | | Projected | | | | |
|---|---|---|---|---|---|---|
| | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
| Increase/(Decrease) to Retained Earnings | | | | | | |
| Beginning Balance | $0 | ($239) | $1,282 | $3,799 | $7,056 | $11,193 |
| Add: Net Income | 5 | 2,516 | 3,592 | 4,418 | 5,391 | 6,549 |
| Less: Preferred Dividends | (244) | (996) | (1,075) | (1,161) | (1,254) | (1,354) |
| Ending Balance | ($239) | $1,282 | $3,799 | $7,056 | $11,193 | $16,387 |
| | | | | | | |
| Goodwill | | | | | | |
| Beginning Balance | $15,030 | $14,696 | $13,694 | $12,692 | $13,690 | $12,688 |
| Less: Amortization of Goodwill - 338 (h) 10 election - 15 years | (334) | (1,002) | (1,002) | (1,002) | (1,002) | (1,002) |
| Plus: Payment of Earnout - Mid-Year | 0 | 0 | 0 | 2,000 | 0 | 0 |
| Ending Balance | $14,696 | $13,694 | $12,692 | $13,690 | $12,688 | $11,686 |

| Goodwill Calculation | |
|---|---|
| Purchase Price | $40,200 |
| Transaction Costs | 1,500 |
| Total Purchase Price | $41,700 |
| Common Equity | 6,820 |
| Excess Purchase Price Over Net Assets | $34,880 |
| | |
| Allocation of Excess: | |
| Capitalized Transaction Expenses | 1,500 |
| Inventory - Parts Write-up | - |
| Building Write-up | - |
| Retained Earnings | - |
| Total Debt Paydown | 18,350 |
| **Goodwill** | 15,030 |
| Total Allocation | $34,880 |

RIC000661