PRENTISS

L · A · W · F · I · R · M

R. DANIEL PRENTISS
dan@prentisslaw.com

September 14, 2007

Stephen M. Prignano, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

Re: Gero Meyersiek v. Jean Paul Richard, et al., C.A. No. 06-335T

Dear Steve:

I am writing to discuss the defendants H E Parts International's and J. P. Richard's responses to the plaintiff's document requests.

In response to requests 1 through 4, you state that "all responsive documents have been produced." Can you please identify, for each request, the documents that are responsive to the requests?

Requests 8, 9, 12, and 14 ask for documents that relate to business plans and mergers and acquisitions of H E Parts, its financial projections, and presentations to the financial markets. You have objected on the basis of overbreadth and relevance. I will first address the relevance of these requests. As you know, the plaintiff's claim for damages in this case includes a four percent equity interest in H E Parts. We will have to perform valuation analyses to arrive at a liquidated value of that equity share. The valuation analysis will be based both on the financial performance of H E Parts, as well as reasonable projections of future performance. The documents that I have requested are intended to provide information both on current financial performance, and the expectation for future growth and performance.

In order to meet your objection as to breadth, I am willing to limit these requests at this time to the following: all communications of any kind between H E Parts, or any person acting on its behalf, and the following entities (or any person acting on their behalf): TractoAmerica, Grace Track Service, and Getco Ltd.; all communications between H E Parts, or any person acting on its behalf, and any lender, or any other source of financing (debt, equity, or other) regarding the

acquisition by H E Parts of these entities; and all communications between H E Parts, or any person acting on its behalf, and any lender or any other source of financing (debt, equity, or other) regarding the formation or operation of H E Parts LLC.

Please let me know at your earliest convenience if you will agree to respond to the requests as modified above.

Very truly yours,

R. Daniel Prentiss

RDP/pw
Enclosure

cc: Gero Meyersiek

831/38/2034