UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GERO MEYERSIEK<br><br>Plaintiff,<br><br>v.<br><br>JEAN PAUL RICHARD, FRONTENAC COMPANY, FRONTENAC COMPANY VIII, LLC, FRONTENAC VIII PARTNERS, LP, FRONTENAC VIII LIMITED PARTNERSHIP and H-E PARTS INTERNATIONAL, LLC.<br><br>Defendants. | ) | C.A. No. 06-335-T |

**ASSENTED TO MOTION FOR AN EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**

Defendants Jean Paul Richard and H-E Parts International, LLC ("Defendants") hereby move for an additional, brief extension of time up to and including March 28, 2008, to file an opposition to Plaintiff Gero Meyersiek's Motion to Compel production of documents. Pursuant to a previous request for an extension of time that was granted by this Court, the Defendants' opposition is currently due on March 21, 2008. In support of their Motion, Defendants submit that additional time is required to prepare a response and collect documents responsive to the Plaintiff's requests for production, which will narrow the issues for the Court to consider when ruling on the Motion to Compel. Plaintiff's counsel has assented to this Motion.

JEAN PAUL RICHARD and
H-E PARTS INTERNATIONAL,
LLC.

By their Attorneys,

/s/ Raymond M. Ripple

Stephen M. Prignano (#3649)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
sprignano@eapdlaw.com
rripple@eapdlaw.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that this document has been filed electronically on this 21st day of March, 2008 and is available for viewing and downloading to the ECF registered counsel of record:

R. Daniel Prentiss, Esq.
R. Daniel Prentiss, P.C.
One Turks Head Place, Suite 380
Providence, RI 02903
dan@prentisslaw.com

/s/ Raymond M. Ripple
Raymond M. Ripple