# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GERO MEYERSIEK<br><br>Plaintiff,<br><br>v.<br><br>JEAN PAUL RICHARD, FRONTENAC COMPANY, FRONTENAC COMPANY VIII, LLC, FRONTENAC VIII PARTNERS, LP, FRONTENAC VIII LIMITED PARTNERSHIP and H-E PARTS INTERNATIONAL, LLC.<br><br>Defendants. | ) | C.A. No. 06-335-T |

**DECLARATION OF STEVEN R. MCBRAYER**

I, Steven R. McBrayer, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Chief Financial Officer of H-E Parts International, LLC ("H-E Parts"), and have held this position since April 2006. I am a certified public accountant and continuously have held this certification since 1985. I submit this affidavit in support of Defendant H-E Parts International, LLC's Opposition to Plaintiff Gero Meyersiek's Motion to Compel Production of Documents. Unless otherwise noted, I have personal knowledge of the facts attested to in this affidavit. I am able and willing to testify in court regarding the facts asserted herein if called upon to do so.

2. H-E Parts operates through the following wholly owned subsidiary companies: (1) Dom-Ex, Inc., which was acquired on February 16, 2006; (2) TractoAmerica, Inc., which was acquired on May 15, 2006; (3) GraceTrack Services, Inc., which was acquired on November 1, 2006; (4) Getco, Inc., which was acquired on March 16, 2007; and (5) HEP Powertrain, which was formed in May of 2007. In addition

to the foregoing companies, on March 17, 2008, H-E Parts acquired an Australian company, Birrana Engineering.

3. In response to plaintiff Gero Meyersiek's request for the production of documents regarding financial and acquisition information relating to H-E Parts and its subsidiary companies, I have caused to be produced through counsel all transaction-related documents with respect to H-E Parts' acquisition of the subsidiary companies set forth in Paragraph 2. Moreover, I have caused to be produced through counsel all financial documents relating to H-E Parts.

4. Attached to this affidavit as Exhibit A is a spreadsheet that illustrates, when applicable by subsidiary company, the type and category of H-E Parts documents that have been produced to the plaintiff.

5. It is my understanding that the plaintiff has requested financial and acquisition-related documents in order to determine his alleged equity interest in H-E Parts. The financial data supplied to plaintiff enables plaintiff to conduct this valuation analysis. As the Chief Financial Officer of H-E Parts, if I were to conduct a valuation of the company to determine the value of an individual's equity interest, I would rely on financial information contained in the documents produced to plaintiff.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 27 day of March, 2008.

Steven R. McBrayer

# EXHIBIT A

| DOCUMENTS PRODUCED BY DEFENDANTS H-E PARTS AND J.P. RICHARD | | |
|---|---|---|
| | **Request No. 4: Source of financing of H-E Parts** | **Request No. 8: Possible or actual merger, purchase or partnership of H-E Parts w/ any 3rd party** |
| **H-E Parts** | (1) Loan and Security Agreement between H-E Parts and M&I Bank with amendments (H594 - H763); (2) H-E Parts LLC Investors Agreement (H1663 - H1719); (3) Credit Information Summary (H1188) | See Request #8 for Dom-Ex, Inc., Getco, Inc., TractoAmerica, Inc. and GraceTrack Services |
| **Dom-Ex, Inc. (Acquisition 2/16/06)** | (1) Frontenac "Investment Team Memorandum" regarding Dom-Ex (RIC0508 - RIC520); (2) Valuation Model prepared by Frontenac for Dom-Ex (RIC646 -RIC662; H6103 - H6119) | (1) Asset and Purchase and Contribution Agreement dated 2/16/06, with schedules (H0003 - H887); (2) Closing working capital statements (H1265 - H1275) |
| **TractoAmerica, Inc. (Acquisition 5/15/06)** | Valuation Model prepared by Frontenac for TractoAmerica (H6089 - H6097) | (1) Stock Purchase Agreement between H-E Parts and TractoAmerica (H0480 - H0593); (2) Financial Due Diligence Report (H0433 - H0456, H6505 - H6515); (3) Employment Agreement between TractoAmerica, H-E Parts and Roger Teran (H472 - H479); (4) Escrow Agreement between TractoAmerica, H-E Parts and La Salle Bank (H458 - H470); Letter of Intent (H6839 - H6845) |
| **GraceTrack Services (GTS) (Acquisition Date 11/1/06)** | Valuation Model prepared by Frontenac for GTS (H5805 - H5813) | (1) Asset Purchase Agreement between GTS and H-E Parts, and Schedules to the Agreement (H0136 - H0432); (2) Financial Due Diligence Report (H99 - H115, H121 - H135); (3) Employment Agreement between H-E Parts, GTS, and Jon Struthers (H4442 - H4455); (4) Letter of Intent (Final and Draft) (H4146 - H4163); (5) Closing documents, including income statements and balance sheets (H4128 - H4145, H4165 - H4176, H4599 - H4786) |
| **Getco, Inc. (Acquisition 3/16/07)** | (1) Valuation Model prepared by Frontenac for Getco (H6138 - H6147); (2) Getco funding chart (H1516); (3) Frontenac "Investment Team Memorandum" regarding Getco (H6168 - H6173) | (1) Financial Due Diligence Report and schedules (H1504 - H1509); (2) Letter of Intent (H1510 - H1515); (3) Stock Purchase Agreement between Getco and H-E Parts (H0764 - H887); (4) Closing documents, including income statements and balance sheets for Getco (H1474 - H1503, H1517 - H1527, H1720 - H1738, H1858 - H4127); (4) Escrow Agreement (H1611 - H1628) |
| **Powertrain (Formed Approximately April/May 2007)** | See Request #4 for H-E Parts. | N/A |

| DOCUMENTS PRODUCED BY DEFENDANTS H-E PARTS AND J.P. RICHARD | | |
|---|---|---|
| | **Request No. 9: Proposed or actual business plans or business strategy of H-E Parts** | **Request No. 10: Valuations, formal or informal, of H-E Parts** |
| **H-E Parts** | Monthly Unaudited Financial Statements for June 2006 - December 2007 provide ongoing business strategy for company (H927 - H1187) | (1) Financial Model dated 10/3/06 for H-E Parts (H5814 - H5904); (2) Capital Contributed to EBITDA - 2007 (H926) |
| **Dom-Ex, Inc. (Acquisition 2/16/06)** | Monthly Unaudited Financial Statements for June 2006 - December 2007 provide ongoing business strategy for Dom-Ex (H927 - H1187) | Valuation Model prepared by Frontenac for Dom-Ex (RIC646 - RIC662) |
| **TractoAmerica, Inc. (Acquisition 5/15/06)** | (1) Monthly Unaudited Financial Statements for June 2006 - December 2007 provide ongoing business strategy for TractoAmerica (H927 - H1187); (2) Financial Projections (H6098 - H6102) | Valuation Model prepared by Frontenac for TractoAmerica (H6089 - H6097) |
| **GraceTrack Services (GTS) (Acquisition Date 11/1/06)** | Monthly Unaudited Financial Statements for June 2006 - December 2007 provide ongoing business strategy for GTS (H927 - H1187) | Valuation Model prepared by Frontenac for GTS (H6388 - H6397) |
| **Getco, Inc. (Acquisition 3/16/07)** | Monthly Unaudited Financial Statements for June 2006 - December 2007 provide ongoing business strategy for Getco (H927 - H1187) | Valuation Model prepared by Frontenac for Getco (H6138 - H6147) |
| **Powertrain (Formed Approximately April/May 2007)** | (1) Monthly Unaudited Financial Statements provide ongoing business strategy for Powertrain (H927 - H1187); (2) Business Overview Plan (H907 - H925) | (1) Powertrain Statement of Income - 2007 (H905); (2) Capital Contributed to EBITDA - 2007 (H926) |

| DOCUMENTS PRODUCED BY DEFENDANTS H-E PARTS AND J.P. RICHARD | | |
|---|---|---|
| | **Request No. 11: All docs re: monthly, quarterly or yearly financial reports of H-E Parts** | **Request No. 12: Financial projections of H-E Parts** |
| **H-E Parts** | (1) H-E Parts Consolidated Financial Statements 2006 (H76 - H97); (2) Monthly Unaudited Financial Statements for June 2006 - December 2007 (H927 - H1187); (3) Consolidated State of Income (H98) | (1) Capital Contributed to EBITDA - 2007 (H926); (2) Board of Directors' Meeting Memoranda, 2006 - 2007 (H6861 - H7186); (3) See Request #12 for Dom-Ex, Inc., Getco, Inc., TractoAmerica, Inc. and GraceTrack Services |
| **Dom-Ex, Inc. (Acquisition 2/16/06)** | Monthly Unaudited Financial Statements for June 2006 - December 2007 provide monthly financial reports for Dom-Ex (H927 - H1187) | (1) Monthly Unaudited Financial Statements for June 2006 - December 2007 provide financial projections for Dom-Ex (H927 - H1187); (2) Board of Directors' Meeting Memoranda, 2006 - 2007 (H6861 - H7186) |
| **TractoAmerica, Inc. (Acquisition 5/15/06)** | Monthly Unaudited Financial Statements for June 2006 - December 2007 provide monthly financial reports for TractoAmerica (H927 - H1187) | (1) Monthly Unaudited Financial Statements for June 2006 - December 2007 provide financial projections for TractoAmerica (H927 - H1187); (2) Board of Directors' Meeting Memoranda, 2006 - 2007 (H6861 - H7186) |
| **GraceTrack Services (GTS) (Acquisition Date 11/1/06)** | Monthly Unaudited Financial Statements for June 2006 - December 2007 provide monthly financial reports for GTS (H927 - H1187) | (1) Monthly Unaudited Financial Statements for June 2006 - December 2007 provide financial projections for GTS (H927 - H1187); (2) Board of Directors' Meeting Memoranda, 2006 - 2007 (H6861 - H7186) |
| **Getco, Inc. (Acquisition 3/16/07)** | Monthly Unaudited Financial Statements for June 2006 - December 2007 provide monthly financial reports for Getco (H927 - H1187) | (1) Monthly Unaudited Financial Statements for June 2006 - December 2007 provide financial projections for Getco (H927 - H1187); (2) Board of Directors' Meeting Memoranda, 2006 - 2007 (H6861 - H7186) |
| **Powertrain (Formed Approximately April/May 2007)** | (1) Powertrain Statement of Income - 2007 (H905); (2) Financial Projections for Powertrain 2007 - 2010 (H906) | (1) Financial Projections for Powertrain 2007 - 2010 (H906); (2) Capital Contributed to EBITDA - 2007 (H926); (3) Board of Directors' Meeting Memoranda, 2007 (H6861 - H7186) |

| DOCUMENTS PRODUCED BY DEFENDANTS H-E PARTS AND J.P. RICHARD | |
|---|---|
| | **Request No. 14: Reports, presentations, finance statements, projects or business plans of H-E Parts prepared for or actually presented to any Frontenac entity or 3rd parties, including but not limited to lenders or potential investors.** |
| **H-E Parts** | (1) Monthly Unaudited Financial Statements for June 2006 - December 2007 provided to Frontenac (H927 - H1187); (2) Presentation to lenders (H888 - H903); (3) Board of Directors' Meeting Memoranda, 2006 - 2007 (H6861 - H7186) |
| **Dom-Ex, Inc. (Acquisition 2/16/06)** | (1) Presentation to Frontenac Partners regarding funding of acquisition of Dom-Ex (RIC526 - RIC624); (2) Presentations to banks regarding Dom-Ex (RIC619 - RIC645); (3) Monthly Unaudited Financial Statements for June 2006 - December 2007 provided to Frontenac (H927 - H1187) |
| **TractoAmerica, Inc. (Acquisition 5/15/06)** | (1) Monthly Unaudited Financial Statements for June 2006 - December 2007 provided to Frontenac (H927 - H1187); (2) Presentation to lenders (H888 - H903); (3) Board of Directors' Meeting Memoranda, 2006 - 2007 (H6861 - H7186) |
| **GraceTrack Services (GTS) (Acquisition Date 11/1/06)** | (1) Monthly Unaudited Financial Statements for June 2006 - December 2007 provided to Frontenac (H927 - H1187); (2) Presentation to lenders (H888 - H903); (3) Board of Directors' Meeting Memoranda, 2006 - 2007 (H6861 - H7186) |
| **Getco, Inc. (Acquisition 3/16/07)** | (1) Monthly Unaudited Financial Statements for June 2006 - December 2007 provided to Frontenac (H927 - H1187); (2) Presentation to lenders (H888 - H903); (3) Board of Directors' Meeting Memoranda, 2006 - 2007 (H6861 - H7186) |
| **Powertrain (Formed Approximately April/May 2007)** | (1) Monthly Unaudited Financial Statements for June 2006 - December 2007 provided to Frontenac (H927 - H1187); (2) Board of Directors' Meeting Memoranda, 2006 - 2007 (H6861 - H7186); (3) Powertrain Business Plan (H907 - H925). |