# EXHIBIT D

EDWARDS ANGELL PALMER & DODGE LLP

2800 Financial Plaza Providence, RI 02903 401.274.9200 *fax* 401.276.6611 eapdlaw.com

**Raymond M. Ripple**
401.276.6620
*fax* 401.276.6611
rripple@eapdlaw.com

November 9, 2007

**BY REGULAR MAIL**

Seth Yurdin, Esq.
Prentiss Law Firm
One Turks Head Place, Suite 380
Providence, RI 02903

**Re: Gero Meyersiek v. Frontenac Company, et al., 06-0335-T (D.R.I.)**

Dear Seth:

I am writing in follow-up to our recent telephone conversation and letter from Dan Prentiss regarding H-E Parts International, Inc. and J.P. Richard's responses to the plaintiff's requests for production of documents.

After conferring with our client and reviewing plaintiff's requests in further detail, the defendants will produce additional corporate and financial documents relating to H-E Parts and Grace Track Services, Getco Ltd., and TractoAmerica. With regard to other documents relating to communications between these entities and H-E Parts, the defendants maintain their objections based on the over-breadth of the requests. H-E Parts communicates with representatives of Getco, Grace Track Services, and TractoAmerica in the normal course of business that are unrelated to the issues in this litigation.

Due to the confidential nature of many of the additional documents to be produced by H-E Parts, we request that a protective order be entered in this case prior to the production of the documents. I have enclosed with this cover letter a draft assented to protective order for your review and comment.

Please let me know if you have any questions.

Very truly yours,

Raymond M. Ripple

Enclosure

cc: Stephen M. Prignano, Esq.