UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GERO MEYERSIEK, Plaintiff | : | |
| v. | : | |
| JEAN PAUL RICHARD, FRONTENAC COMPANY, FRONTENAC COMPANY VIII, L.L.C., FRONTENAC VIII PARTNERS, L.P., FRONTENAC VIII LIMITED PARTNERSHIP and H-E PARTS INTERNATIONAL, INC. Defendants | : | No. C.A. 06-335-T |

## ORDER

This matter came before the Court, Hon. David L. Martin, U.S. Magistrate Judge, on April 15, 2008, on the plaintiff's motion to compel production of documents, addressed to defendants H E Parts International ("H E Parts") and Jean Paul Richard ("Richard"), and, after hearing thereon, the plaintiff having stipulated that his motion may be treated by the Court as addressing three categories of documents, it is

ORDERED:

1. As to the plaintiff's request for documents evidencing presentations by the defendants H E Parts and Richard to potential investors, lenders, or sources of financing, the motion is granted; the defendants shall identify all responsive documents by Bates number;
2. As to the plaintiff's request for complete documents, the motion is granted; provided that the plaintiff shall give the defendants a specification of all documents that have been produced that the plaintiff contends are incomplete;
3. As to the plaintiff's request for communications between defendants and acquisition targets, the motion is granted in part, as follows: the period for which the defendants are to produce the documents is, for each entity that was acquired by H E Parts, from the initiation of discussions up to the date of the acquisition; and, as to electronic communications, further limited to those documents that are identified by electronic scan using parameters that counsel

shall agree are reasonably calculated to identify documents that contain information or representations that relate to valuation of H E Parts or any of its subsidiaries.

ENTER:

David L Martin
USMJ
4-21-08

PER ORDER:

[signature]

Respectfully submitted,

GERO MEYERSIEK
By his attorney

**R. DANIEL PRENTISS, P.C.**

/s/ R. Daniel Prentiss

R. Daniel Prentiss (#0783)
One Turks Head Place, Suite 380
Providence, RI 02903
Tel: 401-824-5150
Fax: 401-824-5181

Dated: April 15, 2008