UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GERO MEYERSIEK,
Plaintiff

v.                                                          CA06-335T

JEAN PAUL RICHARD,
ET AL.,
Defendants

## ORDER DENYING AMENDED MOTION TO DISMISS

Based upon Magistrate Judge David L. Martin's May 30, 2008 Report and Recommendation, Defendants' Amended Motion to Dismiss for Lack of Jurisdiction is DENIED [Document #35]; Defendant's First Motion to Dismiss for Lack of Jurisdiction is PASSED AS MOOT [Document #11].

By Order:

/s/ 
Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres,
Senior U.S. District Judge

Date: August 6, 2008