**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

GERO MEYERSIEK,
Plaintiff

v. CA06-335T

JEAN PAUL RICHARD,
ET AL.,
Defendants

**ORDER DENYING AMENDED MOTION TO DISMISS**

Based upon Magistrate Judge David L. Martin's May 30, 2008 Report and Recommendation, Defendants' Amended Motion to Dismiss for Lack of Jurisdiction is DENIED [Document #35]; Defendant's First Motion to Dismiss for Lack of Jurisdiction is PASSED AS MOOT [Document #11].

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres,
Senior U.S. District Judge

Date: August 6, 2008