UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GERO MEYERSIEK,<br><br>Plaintiff,<br><br>v.<br><br>JEAN PAUL RICHARD,<br>FRONTENAC COMPANY,<br>H-E PARTS INTERNATIONAL, INC.,<br>FRONTENAC COMPANY VIII, LLC,<br>FRONTENAC VIII PARTNERS, L.P., and<br>FRONTENAC VIII LIMITED<br>PARTNERSHIP<br><br>Defendants. | ) | C.A. No. 06-335T |

**ASSENTED TO MOTION TO AMEND ANSWERS TO AMENDED COMPLAINT**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Defendants H-E Parts International, Inc. and Jean Paul Richard ("Defendants") hereby move to amend their answers to Plaintiff Gero Meyersiek's Amended Complaint. In support of their motion, Defendants state that the requested amendment is necessary in order to assert additional affirmative defenses not currently raised their answers to the amended complaint. The proposed amended answers to the amended complaint of H-E Parts International, Inc. and Jean Paul Richard are attached hereto respectively as Exhibit A and Exhibit B. Plaintiff's counsel has assented to the relief requested in this motion.

H-E PARTS INTERNATIONAL, INC. and JEAN PAUL RICHARD

By their Attorneys,

/s/ Stephen M. Prignano
/s/ Raymond M. Ripple
Stephen M. Prignano (#3649)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)
sprignano@eapdlaw.com
rripple@eapdlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 22, 2008.

/s/ Raymond M. Ripple
Raymond M. Ripple